**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Arizona Alliance for Retired Americans ; Voto Latino**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **Clean Elections USA ; Melody Jennings ; Doe Defendants 1-10**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Roy Herrera**
**Herrera Arellano LLP**
**530 E McDowell Rd #107-150**
**Phoenix, Arizona 85004**
**602-567-4820**

**Daniel A Arellano**
**Herrera Arellano LLP**
**530 E McDowell Rd #107-150**
**Phoenix, Arizona 85004**
**60-567-4820**

**Austin Marshall**
**Herrera Arellano LLP**
**530 E McDowell Rd #107-150**
**Phoenix, Arizona 85004**
**602-567-4820**

**Elisabeth Frost**
**Elias Law Group LLP**
**10 G St NE, Suite 600**
**Washington, DC 20002**
**202-968-4490**

**David Fox**
**Elias Law Group LLP**
**10 G St NE, Suite 600**

Defendant's Atty(s):

**Washington, DC 20002**
**202-968-4490**

**Harleen Gambhir**
**Elias Law Group LLP**
**10 G St NE, Suite 600**
**Washington, DC 20002**
**202-968-4490**

**Tina Meng**
**Elias Law Group LLP**
**10 G St NE, Suite 600**
**Washington, DC 20002**
**202-968-4490**

**Marcos Mocine-McQueen**
**Elias Law Group LLP**
**10 G St NE, Suite 600**
**Washington DC, DC 20002**
**202-968-4490**

---

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **441 Voting**

VI.Cause of Action: **Defendants are engaging in voter intimidation which is prohibited under Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b), and the Ku Klux Klan Act of 1871, 42 U.S.C. § 1985(3).**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature: Daniel Arellano**

**Date: 10/24/22**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014