| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Arizona Alliance for Retired Americans; Voto Latino, | | No. _____ |
| Plaintiffs, | | |
| v. | | |
| Clean Elections USA; Melody Jennings; Doe Defendants 1-10, | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | | |

Plaintiffs Arizona Alliance for Retired Americans and Voto Latino moved to enjoin Defendants for violations of the Voting Rights Act and the Ku Klux Klan Act. Having considered the parties' pleadings, arguments of counsel, and the record in this case, the Court finds that Plaintiffs have demonstrated a strong likelihood of success on the merits; that, absent an injunction, they face immediate, irreparable injury from Defendants' actions; and that the balance of the equities and the public interest favor immediate preliminary injunctive relief.

Therefore, the Court hereby **GRANTS** the motion and orders the following:

1. It is **HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**;

2. Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them are **ENJOINED** from:

      a. Gathering within sight of drop boxes;

      b. Following, taking photos of, or otherwise recording voters or prospective voters, those assisting voters or prospective voters, or their vehicles at or around a drop box; or

      c. Training, organizing, or directing others to do the same.

3. No person who has notice of this injunction shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection or other artifice.

4. The bond requirement is hereby **WAIVED**.

5. This injunction will go into effect immediately and shall remain in effect pending further order from this Court.

**IT IS SO ORDERED**.