Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth Frost*
David Fox*
Harleen K. Gambhir*
Tina Meng*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
dfox@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

* Motions for *Pro Hac Vice* Forthcoming
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino, | No. _____ |
| Plaintiffs, | |
| v. | |
| Clean Elections USA; Melody Jennings; Doe Defendants 1-10, | **DECLARATION OF DANIEL ARELLANO IN SUPPORT OF PLAINTIFFS' MOTION FOR** |

Defendants.

**TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

I, Daniel Arellano, hereby declare as follow:

1.      I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm Herrera Arellano LLP, and am counsel for Plaintiffs Arizona Alliance of Retired Americans and Voto Latino. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction:

2.      **Exhibit A** is a true and correct copy of a Twitter post by the Washington Examiner, dated June 13, 2022. The video included in the post is available at https://twitter.com/dcexaminer/status/1536423348141441031.

3.      **Exhibit B** is a true and correct copy of a WarRoom.org article titled "Melody Jennings: Eighteen States Must Stay Aware of their Vulnerable Election Through Ballot Boxes," dated October 15, 2022. The video included in the article is available at https://warroom.org/2022/10/15/melody-jennings-eighteen-states-must-stay-aware-of-their-vulnerable-election-through-ballot-boxes/.

4.      **Exhibit C** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated August 11, 2022.

5.      **Exhibit D** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated September 23, 2022.

6.      **Exhibit E** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated October 17, 2022.

7.      **Exhibit F** is a true and correct copy of a series of posts by users @jdanelle, @TrumperMel, and @DrMoriarty444 on Truth Social, dated October 20, 2022.

8.      **Exhibit G** is a true and correct copy of the webpage of the episode "Ground Games" of the podcast "Patriot Games," which is available at https://podcasts.apple.com/us/podcast/ground-games/id1634272318?i=1000581163468.

2

9.  **Exhibit H** is a true and correct copy of a WarRoom.org article titled "Melody Jennings: MAGA Must Prevent Dropboxes from Being the Left's Tool for their Election Theft," dated October 19, 2022. The video included in the article is available at https://warroom.org/2022/10/19/melody-jennings-maga-must-prevent-dropboxes-from-being-the-lefts-tool-for-their-election-theft/.

10.  **Exhibit I** is a true and correct copy of user @TrumperMel's profile on Truth Social, as it appeared on October 20, 2022.

11.  **Exhibit J** is a true and correct copy of posts by user @TrumperMel on Truth Social, dated October 19, 2022.

12.  **Exhibit K** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated October 15, 2022.

13.  **Exhibit L** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated October 17, 2022.

14.  **Exhibit M** is a true and correct copy of a joint statement by the Maricopa County Board of Supervisors Chairman Bill Gates and Recorder Stephen Richer on drop box watchers, dated October 22, 2022. The statement is available at https://content.govdelivery.com/accounts/AZMARIC/bulletins/333cdba.

15.  **Exhibit N** is a true and correct copy of a redacted complaint filed by a voter with the Arizona Secretary of State's Office, dated October 17 and 18, 2022.

16.  **Exhibit O** is a true and correct copy of posts by user @TrumperMel on Truth Social, dated October 20, 2022.

17.  **Exhibit P** is a true and correct copy of a Rumble.com webpage with an episode of "Bannons War Room" titled "Episode 2243: Mastriano Stands Up for Pennsylvania Families," dated October 21, 2022. The video included on the webpage is available at https://rumble.com/v1p2xof-episode-2243-mastriano-stands-up-for-pennsylvania-families.html.

18.  **Exhibit Q** is a true and correct copy of redacted complaints filed by a voter with the Arizona Secretary of State's office, spanning from October 19 to 21, 2022.

19.     **Exhibit R** is a true and correct copy of a Twitter post by user @NicoleSGrigg, dated October 19, 2022. The video included in the post is available at https://twitter.com/NicoleSGrigg/status/1582887636884066304.

20.     **Exhibit S** is a true and correct copy of a Twitter post by user @NicoleSGrigg, dated October 19, 2022. The video included in the post is available at https://twitter.com/NicoleSGrigg/status/1582904476393820160.

21.     **Exhibit T** is a true and correct copy of a Twitter post by the Maricopa County Elections Department, dated October 22, 2022.

22.     **Exhibit U** is a true and correct copy of a post by user @Chad H Vivas that was "reTruthed" by user @TrumperMel on Truth Social, dated October 22, 2022.

23.     **Exhibit V** is true and correct copy of a post by the user @TrumperMel on Truth Social, dated October 22, 2022.

24.     **Exhibit W** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated October 22, 2022. The post has since been deleted.

25.     **Exhibit X** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated October 22, 2022.

26.     **Exhibit Y** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated October 22, 2022.

27.     **Exhibit Z** is a true and correct copy of a Twitter post by user @_8675309_, dated October 23, 2022. The video included in the post is available at https://twitter.com/__8675309___/status/1584053274805620742?s=20.

28.     **Exhibit AA** is a true and correct copy of the webpage of the YouTube video of the "Nader Narrative Interview with Melody Jennings," dated September 1, 2022, which is available at https://www.youtube.com/watch?v=C1EFEjR6tlU.

29.     **Exhibit BB** is a true and correct copy of the article titled "Former AG Bill Barr laughs at Dinesh D'Souza's election conspiracy theory film '2000 Mules' in January 6 Committee deposition," dated June 14, 2022. The video included in the article is available at https://www.businessinsider.com/bill-barr-mocks-2000-mules-film-january-

6-deposition-video-2022-6?op=1.

30.   **Exhibit CC** is a true and correct copy of the article titled "FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules,'" dated May 3, 2022. The article is available at https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2022

Respectfully submitted,

*/s/ Daniel Arellano*
Daniel Arellano
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
daniel@ha-firm.com

*Counsel for Plaintiffs*

# Exhibit A

 **Washington Examiner** ✓
@dcexaminer                                    ...

WATCH: Attorney General William Barr laughed off the
movie 2000 Mules during recorded testimony played
by the House select committee investigating the
Capitol riot Monday.

STORY: washex.am/39pcpLH



32.2K views        0:00 / 1:24

3:00 PM · Jun 13, 2022 · TweetDeck

*Available at :* https://twitter.com/dcexaminer/status/1536423348141441031

# Exhibit B

# Melody Jennings: Eighteen States Must Stay Aware Of Their Vulnerable Election Through Ballot Boxes

🎙 **warroom.org**/2022/10/15/melody-jennings-eighteen-states-must-stay-aware-of-their-vulnerable-election-through-ballot-boxes/



Melody Jennings, the founder of Clean Elections USA, talks to Steve Bannon about her grassroots campaign to protect elections on a precinct by precinct basis.

"I just threw it out on Truth Social one day and said, 'Hey, we're supposed to be their boss, but they're stealing it, so let's get out there [and watch the ballot drop boxes] and just stand around them, keep those mules from wanting to come up to them. … We've got people ready to go in 18 states, to go out in shifts and guard these boxes… We tested it in primaries… and now wer've got people out there on the ground."

# Exhibit C

 **TrumperMel** ✅
@TrumperMel · Aug 11

This

Follow laws. Don't wear MAGA or other clothing that may be seen as electioneering. Abide by the distance guidelines in ur state. No less than 8 people. Be smart. Just your presence alone & the mule knowing they will be caught on ur multiple cameras is enough deterrent to make them shrink back into the darkness. Be aware they will head to another box, so you might as well go ahead &recruit more folks to be at those as well 😎😏

🎉PARTY AT THE DROP BOX🎉
#dropboxinitiative2022

# Exhibit D

**TrumperMel** 😍
@TrumperMel · Sep 23

If dominion (et Al) machines flipped enough votes to steal the election, then why did they spend billions on mules to stuff drop boxes? 🧐
We can't currently get flipping machines out of voting places before midterms. However we CAN stop mules!
10 people in groups around every drop box!
Not 2 people. That's not a deterrent. Bring lights, food, lawn chairs, play cards, (no music) Video, take pics. Don't talk to them. Abide by the laws. Virginia/Michigan, ready?
@greggphillips @TrumpRocker23





**WE URGENTLY NEED Bipartisan VOLUNTEERS!**

*"It's a republic if you can keep it."*
*This is not about politics. This is about freedom!*





**For Information Visit**
**www.CleanElectionsUSA.org**

**Follow the prompts to verify your email and to obtain further instructions for becoming part of this constitutional and patriotic grass roots effort to make every legal vote count.**

\* Clean Elections USA is a law abiding Grass Roots organization made up of concerned citizens.

 336      ❤️ 456                                    Sep 23, 2022, 08:33

# Exhibit E



**TrumperMel** ✅
@TrumperMel · 2d


**TrumperMel** ReTruthed

All Arizona patriots get to either the Mesa box or the Phoenix box ...the only 2 that are outdoors... Right now.
There are mules getting there and doing their thing even with my people there.  Here's what you DO NOT DO!! Do not go within 75 ft of the box. I need someone to park up on the opposite side of my crew there. A mule drove up moments ago backwards so we couldn't see his plate. Kept his back to us the whole time. Who will go now?
DO NOT ENGAGE THEM @greggphillips

💬 298    🔁 3.2k    ♡ 7.17k    ↑    •••

# Exhibit F

 **jdanelle**
@jdanelle · 1d

Replying to @musa777, @greggphillips, and 6 more
But how are the boxes secured, if you're just filming and getting info on the miles? If the ballots still go in the box, how do we know which ballots are their illegitimate ballots? It proves something is illegal but doesn't give us a pure count of legitimate votes. Are the films and info given immediately to the sheriffs to pay the perpetrator a visit?

💬 2    ⟲    ♡ 4    ⬆    •••

 **TrumperMel** ✔
@TrumperMel · 1d

Replying to @jdanelle, @greggphillips, and 7 more
Friend, while I would love to tell you all the sauce I don't think that's wise to do on an open forum. God bless you.

💬 2    ⟲ 2    ♡ 28    ⬆    •••

 **Cancel The Cancelers**
@DrMoriarty444 · 1d

Replying to @TrumperMel, @greggphillips, and 7 more
Amen.   Keep up the hard work Mel

💬 1    ⟲    ♡ 6    ⬆    •••

 **TrumperMel** ✔
@TrumperMel · 1d

Replying to @DrMoriarty444, @greggphillips, and 8 more


💬    ⟲ 1    ♡ 9    ⬆    •••

# Exhibit G



**Ground Games**

Patriot Games

Technology

[ Listen on **Apple Podcasts** ↗ ]

In 2020, we received ground reports and video from San Luis, AZ resident Gary Snyder that led to the development of the hypothesis and geospatial analysis that led to 2000 mules.

Clean Elections USA founder, Melody Jennings, joins us to discuss the group's plans for getting the eyes of 1,500 patriots on the privately funded ballot drop box scams throughout the country during 2022 and beyond.
Support the show

35 min                                              PLAY ▶

More Episodes

*Available at:* https://podcasts.apple.com/us/podcast/ground-games/id1634272318?i=1000581163468, at 13:27, 18:50, 19:10

# Exhibit H

# Melody Jennings: MAGA Must Prevent Dropboxes From Being The Left's Tool For Their Election Theft

🦁 **warroom.org**/2022/10/19/melody-jennings-maga-must-prevent-dropboxes-from-being-the-lefts-tool-for-their-election-theft/



Melody Jennings of Clean Elections USA talks to host Steve Bannon about how her organization is prepared to prevent any Democrat effort to steal the elections in 2022 by monitoring drop boxes in public areas.

"People are getting the word… They are showing up and gathering around boxes… What these mules don't understand is … we're geo-tracking them, we've got camera on the backside of them… We're showing you that we're out there, and people are coming and joining us."

# Exhibit I



**TrumperMel** ✅

@TrumperMel

**34k** Followers   **549** Following

Home of
💥 Drop Box Initiative 2022 💥
👈 Clean Elections USA 👉 Save your county, save the country

📅 Joined March 2022   📍 Main Street America   🔗 CleanElectionsUSA.org

| Truths | Truths & Replies | Media |
| --- | --- | --- |

📌 Pinned post

**TrumperMel** ✅
@TrumperMel · 1d

CBS NBC and others out in force filming our people at the Mesa Arizona drop box. We are filming them back. Get out there people. Let's go watch that box and make there heads pop.

@greggphillips @intheMatrixxx @shadygrooove @HankReardon44 @kagdrogo @The_Authority

💬 86   🔁 529   🤍 1.12k

**TrumperMel** ✅
@TrumperMel · 1d                    🔁 **TrumperMel** ReTruthed

CBS NBC and others out in force filming our people at the Mesa Arizona drop box. We are filming them back. Get out there people. Let's go watch that box and make there heads pop.

@greggphillips @intheMatrixxx @shadygrooove @HankReardon44 @kagdrogo @The_Authority

💬 86   🔁 529   🤍 1.12k

# Exhibit J



**TrumperMel** ✿
@TrumperMel · 23h

Our beautiful box watchers in Maricopa county filming the news media and having a great time together. This is funny! 🖤🖤🖤 My heart is full!

@intheMatrixxx



💬 27    🔁 163    🤍 544    ⬆️    •••

**TrumperMel** ✿
@TrumperMel · 1d

Pics of the press in Maricopa County scoping out our box watchers currently. What's super fun is that they are being incredible deterrents to mules! 🤣🤣🤣

Can you guys come out here again for the next 3 weeks please?

Kek

@intheMatrixxx @KariLake @kagdrogo @HankReardon44



# Exhibit K



**TrumperMel** ✔
@TrumperMel · 5d

It's kinda funny when someone comes up to a drop box with us watching using cam corder with telephoto zooming lens and they cover their tag. I mean, that doesn't help.
Just happened.
Only 1 ballot. They are testing the waters.

Arizona, wanna go watch right now? All evening? Might be a great show.

Everything goes to True The Vote. Just sayin'

Kek

💬 16    🔁 135    ♡ 327    ⬆    • • •

# Exhibit L



@TrumperMel · 2d

This guy. Drove in backwards to avoid plate detection. Got out showing his back. Pulled ballots out of his shirt. I need people there tonight to help my people. Lots of you! 75 ft away from box, post up opposite so we see both sides. Someone get tags. No talking to them. Do NOT GO INSIDE 75 ft! They are trying to get us to engage them. Do not do it!



# Exhibit M



# Joint Statement on Drop Box Watchers

Maricopa County, Arizona sent this bulletin at 10/22/2022 05:12 PM MST



**For Immediate Release**
October 22, 2022
Contact: media@risc.maricopa.gov

## Joint Statement from Chairman Bill Gates and Recorder Stephen Richer on Drop Box Watchers

On Friday evening two armed individuals dressed in tactical gear were onsite at a ballot drop box in Mesa. At the request of the County, the Maricopa County Sheriff's Office responded. The individuals left the drop box area. Below is a joint statement from Maricopa County Board of Supervisors Chairman Bill Gates and Recorder Stephen Richer.

"We are deeply concerned about the safety of individuals who are exercising their constitutional right to vote and who are lawfully taking their early ballot to a drop box.

Uninformed vigilantes outside Maricopa County's drop boxes are not increasing election integrity. Instead they are leading to voter intimidation complaints.

Although monitoring and transparency in our elections is critical, voter intimidation is unlawful.

For those who want to be involved in election integrity, become a poll worker or an official observer with your political party. Don't dress in body armor to intimidate voters as they are legally returning their ballots.

No matter how you choose to vote in Arizona, you should feel safe doing so. We will do everything possible in our roles to protect voters, election workers, and our free and fair elections."

*While there has been a large focus on the two 24-7 ballot drop boxes in Maricopa County, voters have many options to return an early ballot. Currently, Maricopa County has 12 Vote Centers and 16 drop boxes inside city and town facilities. We will open more as we get closer to Election Day. These are secure locations staffed by election workers or city and town employees. Voters also have the option to return an early ballot by mail. The last recommended day to return a ballot in the mail is November 1. Election Day is November 8. Voters can find all Maricopa County ballot drop off sites at* [Locations.Maricopa.Vote](Locations.Maricopa.Vote)*.*

# Declaración Conjunta del Presidente Bill Gates y el Registrador Stephen Richer sobre los Vigilantes del Buzón Electoral

El viernes por la noche dos individuos armados vestidos con equipo táctico estaban en el lugar en el buzón electoral en Mesa. A petición del Condado, la Oficina del Sheriff del Condado Maricopa respondió. Los individuos abandonaron el área del buzón. A continuación, se muestra una declaración conjunta del Presidente de la Junta de Supervisores del Condado Maricopa, Bill Gates y el Registrador Stephen Richer.

"Estamos profundamente preocupados por la seguridad de las personas que están ejerciendo su derecho constitucional al voto y que están llevando legalmente su boleta a un buzón electoral

Los vigilantes desinformados fuera de los buzones del Condado Maricopa no están aumentando la integridad electoral. En cambio, están llevando a quejas de intimidación de votantes.

Aunque la supervisión y la transparencia en nuestras elecciones son fundamentales, la intimidación de los votantes es ilegal.

Para aquellos que quieren participar en la integridad de las elecciones, conviértase en un trabajador electoral o un observador oficial de su partido político. No se vista con chaleco antibalas para intimidar a los votantes, estos votantes están devolviendo legalmente sus boletas.

No importa cómo elija votar en Arizona, debe sentirse seguro al hacerlo. Haremos todo lo posible en nuestras funciones para proteger a los votantes, los trabajadores electorales y a nuestras elecciones libres y justas."

*Si bien ha habido un gran enfoque en los dos buzones electoral 24-7 en el Condado Maricopa  los votantes tienen muchas opciones para devolver una*

*boleta temprana. Actualmente, el Condado Maricopa tiene 12 Centros de Votación y 16 buzones electorales dentro de las instalaciones de la ciudad. Abriremos más a medida que nos acerquemos al Día de la Elección. Estos son lugares seguros donde trabajan los trabajadores electorales o los empleados de la ciudad y el pueblo. Los votantes también tienen la opción de devolver una boleta temprana por correo. El último día recomendado para devolver una boleta por correo es el 1 de noviembre. El Día de la Elección es el 8 de noviembre. Los votantes pueden encontrar todos los sitios de entrega de boletas del Condado Maricopa en* **Ubicaciones.Maricopa.Voto.**

---

[SHARE]

SUBSCRIBER SERVICES:

Manage Preferences | Unsubscribe | Help

This email was sent to Email Address using GovDelivery. Maricopa County • 301 W Jefferson St • Phoenix, AZ 85003

## Subscribe to updates from Maricopa County, Arizona

Email Address [                    ] e.g. name@example.com

[Subscribe]

### Share Bulletin



Powered by

GOVDELIVERY

Privacy Policy | Cookie Statement | Help

# Exhibit N

## Re: [EXTERNAL] Voting referral

Kori Lorick ⬛⬛⬛⬛⬛⬛⬛⬛ >
Tue 10/18/2022 6:26 PM
To: Lokey, Sean (USAAZ) ⬛⬛⬛⬛⬛⬛⬛ ;Swartz, Justin Thomas (PX) (FBI) ⬛⬛⬛⬛⬛

Thank you I've also received confirmation that Maricopa has video footage of this drop box if helpful

Kori

---

**From:** Lokey, Sean (USAAZ) <⬛⬛⬛⬛⬛⬛>
**Sent:** Tuesday, October 18, 2022 6:01 PM
**To:** Kori Lorick <⬛⬛⬛⬛⬛>; Swartz, Justin Thomas (PX) (FBI) ⬛⬛⬛⬛⬛ >
**Subject:** Re: [EXTERNAL] Voting referral

Thank you Kory. You can send to me at this email address or call my direct office number 
⬛⬛ . You can also email FBI Special Agent Justin Swartz who I am also copying here.
Sean

Sent from my iPhone


> On Oct 18, 2022, at 5:36 PM, Kori  Lorick <⬛⬛⬛⬛⬛ > wrote:


Hi Sean,
We received an incident report from a voter that raises concerns of voter intimidation (see below). What is the best way to refer this and any future reports to your office? We have informed the county, so they are also aware of the situation. Thank you for your help with this

Kori

Kori Lorick
State Elections Director
Arizona Secretary of State's Office


-----Original Message-----
From: Christine Dyster
Sent: Tuesday, October 18, 2022 4:04 PM
To: ⬛⬛⬛⬛  <⬛⬛⬛⬛⬛ >
Subject: RE: Webform: Voting Incident -- 240

Hello Mr. ⬛⬛ ,

Thank you for speaking with me a short while ago. Here are the additional details we discussed:
- There were approximately 8-10 people total gathered

- They were in camp chairs and clearly waiting for people to pull up to the drop box
- As you exited the vehicle, they stood up and began filming/photographing you on their phones
- You intentionally backed out of the parking lot to obscure your license plate and a White SUV Pathfinder followed you with the clear intention to photograph your license plate
- The groups clear intention was to intimidate you and your wife as voters
- The group clearly did photograph you and your wife's car for an unknown purpose

If you think of any additional details, please let me know. I am sorry this was your voting experience thank you for sharing this with our office.

Sincerely,

Christine Dyster

Email:
Office:

----- Original Message-----
From: webmaster@azsos.gov <webmaster@azsos.gov>
Sent: Monday, October 17, 2022 7:29 PM
To: Christine Dyster <                    >
Subject: Webform: Voting Incident --- 240

CAUTION: The following message contains information provided by an anonymous user through an online webform. Please treat the below message with caution, avoid clicking links, downloading attachments, or replying with personal information.
Submitted values are:

==Incident==
    Date of incident: Mon, 10/17/2022
    Approximate time of the incident: 6:40 pm
    County where incident occurred: Maricopa
    Polling location where incident occurred: Mesa juvenile court drop box
    Describe the incident: There's a group of people hanging out near the ballot dropbox filming and photographing my wife and I as we approached the dropbox and accusing us of being a mule. They took a photographs of our license plate and of us and then followed us out the parking lot in one of their cars continuing to film.
    Were you able to report this incident to the poll workers or county officials?
    Current status of the incident: Ongoing
    Files: No, I don't have any additional information.

    ==Contact Info==
    Full Name:

Case 2:22-cv-01823-MTL   Document 3   Filed 10/24/22   Page 37 of 86

Em ail: ██████████████████

Phone Number: ████████████████

# Exhibit O

 **TrumperMel** 
@TrumperMel · 11h

Anyone who does not follow the law at a drop box site is instantly disassociated with Clean Elections USA. This individual who the press are zeroing in on was never a part of CEUSA. Every person who does volunteer with CEUSA is responsible for their own actions. Anyone signed up through CEUSA has already agreed to abide by the law. Those who choose to break the law will be seen as an infiltrator intent on causing this group harm. You stand alone if you break the law.

💬 4    🔁 87    ♡ 255    ⬆    •••

 **TrumperMel** ✅
@TrumperMel · 11h                                    🔁 **TrumperMel** ReTruthed 

Public statement. On Monday night a man drove up to a drop box in Maricopa County. He asked people sitting outside the 75 ft perimeter where the drop box was. Another individual not associated with Clean Elections USA who was there on his own responded to this individual. At no time did anyone from Clean Clean Elections USA interact with this person who drove up to the box.

💬 9    🔁 108    ♡ 257    ⬆    •••

 **TrumperMel** ✅
@TrumperMel · 11h

Public statement. On Monday night a man drove up to a drop box in Maricopa County. He asked people sitting outside the 75 ft perimeter where the drop box was. Another individual not associated with Clean Elections USA who was there on his own responded to this individual. At no time did anyone from Clean Clean Elections USA interact with this person who drove up to the box.

💬 9    🔁 108    ♡ 257    ⬆    •••

# Exhibit P

# Episode 2243: Mastriano Stands Up For Pennsylvania Families

rumble.com/v1p2xof-episode-2243-mastriano-stands-up-for-pennsylvania-families.html



Bannons War Room ⬤ Published October 21, 2022 9,256 Views
1K rumbles

Episode 2243: Mastriano Stands Up For Pennsylvania Families; Polling Continues To Project MAGA In Battleground States

Loading 57 comments...



11:02
**Democrats Are Losing Voters In Deep Blue Counties Due To MAGA Agenda Finally Reaching Voters' Ears**

**Bannons War Room**



48:57
**Episode 2226: Shapiro Has Failed Pennsylvania And Mastriano Stands Up For Pennsylvania**

**Bannons War Room**



0:43
**Doug Mastriano For Governor ad - Pennsylvania**

**Trump Library**

- 

  2:07
  **Vote Doug Mastriano For Pennsylvania Governor**

  **Dawn Of Darkness Network (Politics)**

- 

  4:45
  **Trump Endorsed Doug Mastriano For Pennsylvania Governor**

  **Dawn Of Darkness Network (Politics)**

- 

  2:42
  **Doug Mastriano - Pennsylvania Oil Industry**

  **Doug Mastriano**

- 

  3:00
  **Doug Mastriano in Pennsylvania must win.**

  **MachiavelliRodStryker**

- 

  0:43
  **Trump endorses Doug Mastriano for Pennsylvania Governor**

  **Truth Social | Trump Watch**

- 

  5:15
  **Doug Mastriano: Pennsylvania is going to become a 'law-and-order state'**

  **Sean Hannity**



5:43
**Doug Mastriano on His Run for Pennsylvania Governor**

**Dinesh D'Souza**

# Exhibit Q

**From:** Kori Lorick
**Sent:** Friday, October 21, 2022 11:47 AM
**To:** Lawson, Todd; ██████████@azag.gov
**Subject:** Re: Referral- early voting incident
**Attachments:** 2022.10.23 - Incident 243 - Attachment (1).jpg; OneDrive_1_10-21-2022.zip; 2022.10.20 - Incident 243 - Voter Intimidation.pdf; 2022.10.19 - Incident 241 - Voter Intimidation.pdf

Hi Todd and Jennifer,
We're referring to the AGO two additional incident reports that are attached. Please let me know if more information is needed, and thank you.

Kori

---

**From:** Kori Lorick
**Sent:** Wednesday, October 19, 2022 2:50 PM
**To:** Lawson, Todd <████████████████>; ████████████@azag.gov ████████████████>
**Subject:** Referral- early voting incident

Hi Todd and Jennifer,
We received the attached report, and based on the allegations that suggest violations of A.R.S. 16-1013, are referring it to you for further investigation. We've also made the county aware of the situation. If I can provide additional information, please let me know.

Thank you,

Kori









## Zoe Elizabeth Myers

| | |
|---|---|
| **From:** | Christine Dyster |
| **Sent:** | Thursday, October 20, 2022 1:49 PM |
| **To:** | Zoe Elizabeth Myers |
| **Cc:** | Jason Chavez; Amy Chan; Kori Lorick |
| **Subject:** | FW: Webform: Voting Incident - -243 |

Zoe can you PDF and put in the appropriate folder?

Christine Dyster

Email: ███████████
Office: ███████████

-----Original Message-----
From: webmaster@azsos.gov <webmaster@azsos.gov>
Sent: Thursday, October 20, 2022 1:47 PM
To: Christine Dyste███████████
Subject: Webform: Voting Incident---243

CAUTION: The following message contains information provided by an anonymous user through an online webform. Please treat the below message with caution, avoid clicking links, downloading attachments, or replying with personal information.
Submitted values are:

==Incident==
    Date of incident: Thu, 10/20/2022
    Approximate time of the incident: 12:30pm
    County where incident occurred: Maricopa
    Polling location where incident occurred: Mesa Juvenile Court
    Describe the incident:
    My wife and I (70 yrs old) parked our car to each individually drop our ballots in the drop boxes located outside the Juvenile Court, there was a group of 5 or 6 20-30 yr old men standing in the parking lot. We put our ballots in the drop box and walked back to our car. As we were getting up to our car, two individuals took pictures of our license plate and our car. I got out and asked what they were doing. They claimed they were taking pictures for "election security" and I took pictures of them to report them to the DOJ for voter intimation and harassments. As we were pulling out, the continued to film my wife, myself and our car.

    Were you able to report this incident to the poll workers or county officials? No
    Current status of the incident: Resolved
    Files: Yes, I'm emailing info to elections@azsos.gov.

==Contact Info==
  Full Name █████████
  Email ██████
  Phone Number ████████

## Zoe Elizabeth Myers

| | |
|---|---|
| **From:** | **Jason Chavez** |
| **Sent:** | **Wednesday, October 19, 2022 7:07 PM** |
| **To:** | **Zoe Elizabeth Myers** |
| **Subject:** | **Fwd: Webform: Voting Incident - -241** |

For tracking

Get Outlook for iOS

---

**From:** ███████ via Arizona Secretary of State <webmaster@azsos.gov>
**Sent:** Wednesday, October 19, 2022 7:03 PM
**To:** Jason Chavez ███████████ >
**Subject:** Webform: Voting Incident - -241

CAUTION: The following message contains information provided by an anonymous user through an online webform. Please treat the below message with caution, avoid clicking links, downloading attachments, or replying with personal information.
Submitted values are:

==Incident==
    Date of incident: Wed, 10/19/2022
    Approximate time of the incident: 2:30 pm
    County where incident occurred: Maricopa
    Polling location where incident occurred: 501 S 3rd Ave, Phoenix AZ
    Describe the incident: Camo clad people taking pictures of me, my license plate as I dropped our mail in ballots in the box. When I approached them asking names, group they're with, they wouldn't give anything. They asked why I wanted to know, well it's because it's a personal attack. They basically said they're taking pictures looking for some fantasy BS on the voting citizenry.  Inside record office the ladies said it was worse last year when they all had guns!! Some workers had quit due these conspiracy idiots. I don't appreciate the harassment. I'm curious if they're staying 75 ft away too
    Were you able to report this incident to the poll workers or county officials? Yes
    Current status of the incident: Ongoing
    Files: Yes, I'm emailing info to elections@azsos.gov.


    ==Contact Info==
    Full Name: ███████████
    Email: ███████████
    Phone Number: ███████████

1

# Exhibit R

 Nicole Grigg ✔
@NicoleSGrigg
···

NEW: several people have been sitting outside the
Maricopa County elections headquarters in Arizona
outside 1 of 2 ballot drop boxes.

They have their own cameras rolling, pointed right at
the drop box.

A woman here says she is here to get Vitamin D.
@Garrett_Archer @abc15



▶ 191.3K views                    0:00 / 0:41 🔇 ⤢

8:13 PM · Oct 19, 2022 · Twitter for iPhone

*Available at:* https://twitter.com/NicoleSGrigg/status/1582887736884066304

# Exhibit S

 Nicole Grigg ✔
@NicoleSGrigg                                    ...

'VITAMIN D': 'we're just out here getting some Vitamin D' seems to be the key response as several are watching a ballot drop box outside Maricopa Co election HQ in AZ.

This group says they're with Clean Elections USA, but wouldn't elaborate on if they're volunteers, or what.



▶  341.9K views                    0:00 / 1:46  🔊  ⤢

9:20 PM · Oct 19, 2022 · Twitter for iPhone

*Available at:* https://twitter.com/NicoleSGrigg/status/1582904476393820160

# Exhibit T



# Exhibit U

 **Chad H Vivas** ⭐ ⭐ ⭐ U̶L̶T̶R̶A̶2QQQ 🦵 ✅
@kagdrogo · 1h

🔁 **TrumperMel** ReTruthed

Reminder: AZ has a constitutional carry law and by the looks of this video, these people are not doing ANYTHING illegal.

>  **Jeffrey Pedersen** ✅
> @intheMatrixxx · 2h
>
> BREAKING: "Maricopa Sheriffs Office tells abc15 they are looking into several individuals watching a voter drop box in Mesa, AZ.
>
> I'm told they have magazine clips, dressed in tactical gear, fully disguised."Garrett_Archer
> @TrumperMel @greggphillips @truethevote @realDonaldTrump @kagdrogo @shadygrooove @realmarkfinchem @BradCGZ
>
> Video:
>
> 

💬 8    🔁 12    ♡ 40    ⬆    •••

# Exhibit V



**TrumperMel** ✔
@TrumperMel · 5h

Replying to @ipod49, @intheMatrixxx, and 1 more

@ipod49 these police were very professional and just came to check out a false narrative as any good police officers should. They asked questions, were satisfied that all was lawful and left. ❤️🇺🇸 Back the Blue @intheMatrixxx

🔁 35    ❤️ 162                                    Oct 22, 2022, 17:01

___

🗨 Reply          🔁 ReTruth          ♡ Like          ⬆️          •••

# Exhibit W

📌 Pinned post



**TrumperMel** ✅
@TrumperMel · 3h

It's 7:15 EST Saturday morning November 22nd and American citizens are still free to protect their elections from enemies foreign and domestic.

Winning!!!

Happy weekend all!

WWG1WGA
😎 🇺🇸 ❤️

  21        42        182

# Exhibit  X



**TrumperMel** ✔
@TrumperMel · 13h

⮂ **Jeffrey Peders**... ReTruthed

Replying to @ipod49, @intheMatrixxx, and 3 more

Someone called in seeing 2 of our people in tactical gear and armed.
They will always gear up for a call like that. Thankfully wearing tactical
gear and carrying in our country where the right to bear arms is an
inalienable right, can and should be respected, especially  when the goal
is protecting the sovereign rights granted of every American citizen to a
free and fair election. To me it was all a win/win. #backtheblue #2A
#freedom #gotv #vote

💬 5    ⮂ 23    ♡ 127    ⬆    •••

# Exhibit Y



**TrumperMel** ✅
@TrumperMel · 3h

Covering of plates
@realmarkfinchem





 227    330                                        Oct 22, 2022, 15:03

 Reply                 ReTruth               Like                    •••

# Exhibit Z



*Available at:* https://twitter.com/__8675309___/status/1584053274805620742?s=20

# Exhibit AA



*Available at:* https://www.youtube.com/watch?v=C1EFEjR6tlU, at 8:00

# Exhibit BB

# Former AG Bill Barr laughs at Dinesh D'Souza's election conspiracy theory film '2000 Mules' in January 6 Committee deposition

businessinsider.com/bill-barr-mocks-2000-mules-film-january-6-deposition-video-2022-6

Grace Panetta





US Attorney General Bill Barr is pictured on October 15, 2020.
Jeff Roberson/Pool/AFP via Getty Images

- Former AG Bill Barr mocked and trashed the conclusions of film "2,000 Mules."

- The film, made by Dinesh D'Souza and True The Vote, claims fraud took place at ballot drop boxes.
- Barr called the film, which has also been panned by experts, as "unimpressive" and "indefensible."

Top editors give you the stories you want — delivered right to your inbox each weekday.



By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

Former Attorney General Bill Barr mocked the premise of "2000 Mules," a conspiratorial movie that purports to show massive fraud with ballot dropboxes in the 2020 election. The film has been widely panned by experts and fact-checkers.

The committee's hearing on Monday focused on the election lies President Donald Trump Trump and his allies spread to discredit the 2020 election results. The hearing featured extended clips from Barr's sworn deposition before the committee.

"The election was not stolen by fraud, and I haven't seen anything since the election that changes my mind on that, including the '2000 Mules' movie," Barr said in his deposition, laughing.

The film, made by conservative activist Dinesh D'Souza and conservative election-focused group True The Vote, uses surveillance footage, photographs, and geolocation data from cellphones in key swing states to argue that people -- the "mules" -- committed election fraud by essentially stuffing ballot dropboxes with fraudulent ballots.

But election experts say that the evidence presented by the filmmakers isn't enough to show widespread improper activity with dropboxes, much less a conspiracy to steal the election.

"The [Georgia Bureau of Investigation] was unimpressed with it. I was similarly unimpressed with it," Barr said.

"The cellphone data is singularly unimpressive," Barr added. "Basically, if you take 2 million cellphones and figure out where they are physically in a big city like Atlanta or wherever, by definition, you're going to find many hundreds of them that have passed by and spent time in the vicinity these boxes. And the premise that if you go by five boxes or whatever it was, that that's a mule, is indefensible."

> —Adam Klasfeld (@KlasfeldReports) June 13, 2022

The Associated Press' in-depth fact check of the movie described the film as "based on faulty assumptions, anonymous accounts and improper analysis of cellphone location data, which is not precise enough to confirm that somebody deposited a ballot into a drop box, according to experts."

One reason that cellphone data is an imperfect measure of how many ballots are dropped off at a dropbox is that many ballot dropboxes are located in high-trafficked, easily-accessible public spaces like libraries, town halls and other government buildings, and even grocery stores.

President Donald Trump's spokeswoman Liz Harrington also asserted that the cellphone data collected by the makers of "2,000 Mules" helped solve the murder of a young girl in Atlanta, a claim discredited by True the Vote themselves, who acknowledged to NPR they contacted law enforcement two months after arrests had already been made in the murder.

Barr described the photographic evidence in the film as "lacking" and noted that even if the filmmakers *had* shown that so-called ballot harvesting occured, it wouldn't be enough to prove that those votes were fraudulent or would have swung the result of the election.

"Courts are not gonna throw out votes and then figure out what votes are harvested and throw them out," Barr said in his deposition. "The burden is on the challenging party to show that illegal votes were cast, that the votes were the result of undue influence or bribes...absent that evidence, I didn't see courts throwing out votes anyway."

D'Souza slammed the committee and Barr in a number of tweets, calling Barr ignorant and "a fat guy."

"The debunkers have themselves been thoroughly debunked. And all of them are too cowardly to debate the issue with me. As is the January 6 Committee," D'Souza wrote in a subsequent tweet.



Sign up for notifications from Insider! Stay up to date with what you want to know.

Subscribe to push notifications

Read next

Listen to The Refresh, Insider's real-time news show

## NOW WATCH:

# Exhibit CC

# FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules'

AP apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762

May 3, 2022



By ALI SWENSONMay 3, 2022 GMT

A person drops off a mail-in ballot at an election ballot return box in Willow Grove, Pa., Oct. 25, 2021. On Tuesday, May 3, 2022, The Associated Press reported on a film that used a flawed analysis of cellphone location data and ballot drop box surveillance footage to cast doubt on the results of the 2020 presidential election. (AP Photo/Matt Rourke)

A person drops off a mail-in ballot at an election ballot return box in Willow Grove, Pa., Oct. 25, 2021. On Tuesday, May 3, 2022, The Associated Press reported on a film that used a flawed analysis of cellphone location data and ballot drop box surveillance footage to cast doubt on the results of the 2020 presidential election. (AP Photo/Matt Rourke)

A film debuting in over 270 theaters across the United States this week uses a flawed analysis of cellphone location data and ballot drop box surveillance footage to cast doubt on the results of the 2020 presidential election nearly 18 months after it ended.

Praised by former President Donald Trump as exposing "great election fraud," the movie, called "2000 Mules," paints an ominous picture suggesting Democrat-aligned ballot "mules" were supposedly paid to illegally collect and drop off ballots in Arizona, Georgia, Michigan, Pennsylvania and Wisconsin.

But that's based on faulty assumptions, anonymous accounts and improper analysis of cellphone location data, which is not precise enough to confirm that somebody deposited a ballot into a drop box, according to experts.

The movie was produced by conservative filmmaker Dinesh D'Souza and uses research from the Texas-based nonprofit True the Vote, which has spent months lobbying states to use its findings to change voting laws. Neither responded to a request for comment.

Here's a closer look at the facts.

CLAIM: At least 2,000 "mules" were paid to illegally collect ballots and deliver them to drop boxes in key swing states ahead of the 2020 presidential election.

## Full coverage

- 

**Cheney: 1/6 panel won't let Trump turn testimony into circus**

- 

**Jan. 6 trial highlights missed warnings before Capitol siege**

- 

**Tennessee man receives 4 years in prison for Capitol breach**

- 

**Jan. 6 panel subpoenas Trump, demanding historic testimony**

THE FACTS: True the Vote didn't prove this. The finding is based on false assumptions about the precision of cellphone tracking data and the reasons that someone might drop off multiple ballots, according to experts.

"Ballot harvesting" is a pejorative term for dropping off completed ballots for people besides yourself. The practice is legal in several states but largely illegal in the states True the Vote focused on, with some exceptions for family, household members and people with disabilities.

True the Vote has said it found some 2,000 ballot harvesters by purchasing $2 million worth of anonymized cellphone geolocation data — the "pings" that track a person's location based on app activity — in various swing counties across five states. Then, by drawing a virtual boundary around a county's ballot drop boxes and various unnamed nonprofits, it identified cellphones that repeatedly went near both ahead of the 2020 election.

If a cellphone went near a drop box more than 10 times and a nonprofit more than five times from Oct. 1 to Election Day, True the Vote assumed its owner was a "mule" — its name for someone engaged in an illegal ballot collection scheme in cahoots with a nonprofit.

The group's claims of a paid ballot harvesting scheme are supported in the film only by one unidentified whistleblower said to be from San Luis, Arizona, who said she saw people picking up what she "assumed" to be payments for ballot collection. The film contains no evidence of such payments in other states in 2020.

Plus, experts say cellphone location data, even at its most advanced, can only reliably track a smartphone within a few meters — not close enough to know whether someone actually dropped off a ballot or just walked or drove nearby.

"You could use cellular evidence to say this person was in that area, but to say they were at the ballot box, you're stretching it a lot," said Aaron Striegel, a professor of computer science and engineering at the University of Notre Dame. "There's always a pretty healthy amount of uncertainty that comes with this."

What's more, ballot drop boxes are often intentionally placed in busy areas, such as college campuses, libraries, government buildings and apartment complexes — increasing the likelihood that innocent citizens got caught in the group's dragnet, Striegel said.

Similarly, there are plenty of legitimate reasons why someone might be visiting both a nonprofit's office and one of those busy areas. Delivery drivers, postal workers, cab drivers, poll workers and elected officials all have legitimate reasons to cross paths with numerous drop boxes or nonprofits in a given day.

True the Vote has said it filtered out people whose "pattern of life" before the election season included frequenting nonprofit and drop box locations. But that strategy wouldn't filter out election workers who spend more time at drop boxes during the election season, cab drivers whose daily paths don't follow a pattern, or people whose routines recently changed.

In some states, in an attempt to bolster its claims, True the Vote also highlighted drop box surveillance footage that showed voters depositing multiple ballots into the boxes. However, there was no way to tell whether those voters were the same people as the ones whose cellphones were anonymously tracked.

A video of a voter dropping off a stack of ballots at a drop box is not itself proof of any wrongdoing, since most states have legal exceptions that let people drop off ballots on behalf of family members and household members.

For example, Larry Campbell, a voter in Michigan who was not featured in the film, told The Associated Press he legally dropped off six ballots in a local drop box in 2020 — one for himself, his wife, and his four adult children. And in Georgia, Secretary of State Brad Raffensperger's office investigated one of the surveillance videos circulated by True the Vote and said it found the man was dropping off ballots for himself and his family.

⸺

CLAIM: In Philadelphia alone, True the Vote identified 1,155 "mules" who illegally collected and dropped off ballots for money.

THE FACTS: No, it didn't. The group hasn't offered any evidence of any sort of paid ballot harvesting scheme in Philadelphia. And True the Vote did not get surveillance footage of drop boxes in Philadelphia, so the group based this claim solely on cellphone location data, its researcher Gregg Phillips said in March in testimony to Pennsylvania state senators.

Pennsylvania state Sen. Sharif Street, who was there for the group's testimony in March, told the AP he was confident he was counted as several of the group's 1,155 anonymous "mules," even though he didn't deposit anything into a drop box in that time period.

Street said he based his assessment on the fact that he carries a cellphone, a watch with a cellular connection, a tablet with a cellular connection and a mobile hotspot — four devices whose locations can be tracked by private companies. He also said he typically travels with a staffer who carries two devices, bringing the total on his person to six.

During the 2020 election season, Street said, he brought those devices on trips to nonprofit offices and drop box rallies. He also drove by one drop box up to seven or eight times a day when traveling between his two political offices.

"I did no ballot stuffing, but over the course of time, I literally probably account for hundreds and hundreds of their unique visits, even though I'm a single actor in a single vehicle moving back and forth in my ordinary course of business," Street said.

City election commission spokesman Nick Custodio said the allegations matched others that had been debunked or disproven after the 2020 election.

"The Trump campaign and others filed an unprecedented litany of cases challenging Philadelphia's election with dubious and unsubstantiated allegations of fraud, all of which were quickly and resoundingly rejected by both state and federal courts," Custodio said.

⸺

CLAIM: Some of the "mules" True the Vote identified in Georgia were also geolocated at violent antifa riots in Atlanta in the summer of 2020, showing they were violent far left actors.

THE FACTS: Setting aside the fact that the film doesn't prove these individuals were collecting ballots at all, it also can't prove their political affiliations.

The anonymized data True the Vote tracked doesn't explain why someone might have been present at a protest demanding justice for Black deaths at the hands of police officers. The individuals who were tracked there could have been violent rioters, but they also could have been peaceful protesters, police or firefighters responding to the protests, or business owners in the area.

___

CLAIM: Alleged ballot harvesters were captured on surveillance video wearing gloves because they didn't want to leave their fingerprints on the ballots.

THE FACTS: This is pure speculation. It ignores far more likely reasons for glove-wearing in the fall and winter of 2020 — cold weather or COVID-19.

True the Vote's researcher claimed in the movie that voters in Georgia started wearing gloves to prevent their fingerprints from touching ballot envelopes after two women in Yuma, Arizona, were indicted on Dec. 23, 2020 for alleged ballot harvesting in that state's primary election. But the Arizona indictment didn't mention anything about fingerprints.

Voting in Georgia's Jan. 5, 2021, Senate runoff election occurred during some of the coldest weeks of the year in the state, and when COVID-19 was surging.

In fact, the AP in 2020 documented multipleexamples of COVID-cautious voters wearing latex gloves and other personal protective equipment to vote.

In a similarly speculative allegation, the film claims its supposed "mules" took photographs of ballots before they dropped them into drop boxes in order to get paid. But across the U.S., voters frequently take photos of their ballot envelopes before submitting them.

___

CLAIM: If it weren't for this ballot collection scheme, former President Donald Trump would have had enough votes to win the 2020 election.

THE FACTS: This alleged scheme has not been proven, nor do these researchers have any way of knowing whether any ballots that were collected contained votes for Trump or for Biden.

There's no evidence a massive ballot harvesting scheme dumped a large amount of votes for one candidate into drop boxes, and if there were, it would likely be caught quickly, according to Derek Muller, a law professor at the University of Iowa.

"Once you get just a few people involved, people start to reveal the scheme because it unravels pretty quickly," he said.

Absentee ballots are also verified by signature and tracked closely, often with an option for voters themselves to see where their ballot is at any given time. That process safeguards against anyone who tries to illegally cast extra ballots, according to Barry Burden, a University of Wisconsin-Madison political science professor and the director of the Elections Research Project.

"It seems impossible in that system for a nefarious actor to dump lots of ballots that were never requested by voters and were never issued by election officials," Burden said.

___

This is part of AP's effort to address widely shared misinformation, including work with outside companies and organizations to add factual context to misleading content that is circulating online. Learn more about fact-checking at AP.

All contents © copyright 2022 The Associated Press. All rights reserved.