AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Arizona Alliance for Retired Americans; Voto Latino

*Plaintiff(s)*

v.

Clean Elections USA; Melody Jennings; Doe Defendants 1-10

*Defendant(s)*

Civil Action No.   CV-22-1823-PHX-JJT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melody Jennings
9105 S 76th East Ave
Tulsa, OK 74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Arellano
Herrera Arellano LLP
530 East McDowell Rd, Suite 107-150
Phoenix, AZ 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk*

**ISSUED ON  3:24 pm, Oct 24, 2022**

**s/ Debra D. Lucas, Clerk**