1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>Clean Elections USA, et al.,<br><br>               Defendants. | No. CV-22-01823-PHX-MTL<br><br>**ORDER** |

15
16

     The Court has reviewed the Complaint (Doc. 1) and accompanying Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2).

17

     **IT IS ORDERED**:

18

     1.     Setting a Status Conference for Tuesday, October 25, 2022 at 10:00 AM (Arizona Time) in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before Judge Michael T. Liburdi. Counsel may appear in-person or telephonically. Counsel should call (888) 363-4735 and use Access Code: 9604594. Please do not use speaker phones and headsets.

     2.     Plaintiffs have filed a request for a temporary restraining order but do not specify whether they are seeking an order with or without notice to the Defendants. (Doc. 2.) Pursuant to Fed. R. Civ. P. 65(b)(1), the Court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in

opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."

      3.      Plaintiffs shall serve a copy of this Order on Defendants.

      Dated this 24th day of October, 2022.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge