| | |
|---|---|
| **From:** | David Fox |
| **To:** | melody@cleanelectionsusa.org |
| **Subject:** | Court Filings and Court Order in Arizona Alliance of Retired Americans v. Clean Elections USA, No. 2:22-cv-01823-MTL (D. Ariz.) |
| **Date:** | Monday, October 24, 2022 9:03:03 PM |
| **Attachments:** | [1] 2022.10.24 Complaint for Declaratory and Injunctive Relief[94].pdf |
| | [2] 2022.10.24 Plaintiffs Motion for TRO and PI[59].pdf |
| | [3] 2022.10.24 Arellano Declaration ISO Motion for TRO and PI.pdf |
| | [4] 2022.10.24 Cole Declaration ISO Motion for TRO and PI[1].pdf |
| | [5] 2022.10.24 Patel Declaration ISO Motion for TRO and PI[13].pdf |
| | [9] 2022.10.24 Summons Issued[74].pdf |
| | [11] Order re Status Conference[77].pdf |

Ms. Jennings:

We represent the Plaintiffs in Arizona Alliance of Retired Americans v. Clean Elections USA, No. 2:22-cv-01823-MTL, in the U.S. District Court for the District of Arizona.

Attached are Summonses, a Complaint, and a Motion for a Temporary Restraining Order and supporting documents we filed against you and Clean Elections USA this afternoon.

Also attached is a court order setting a setting a status conference in the case for tomorrow, October 25, 2022, at 10:00 AM Arizona time.

Thank you,

David R. Fox
Counsel
**Elias Law Group LLP**
10 G St NE Ste 600
Washington DC 20002
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.