# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Clean Elections USA, et al., <br><br> Defendants. | No. CV-22-01823-PHX-MTL <br><br> **ORDER** |

For the reasons stated on the record,

**IT IS ORDERED:**

1. Setting an in-person hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) for Wednesday, October 26, 2022 at 1:00 PM (Arizona Time) in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before Judge Michael T. Liburdi. Counsel shall appear in-person. Witnesses shall be available in-person for any testimony.

2. Plaintiffs' counsel shall file a notice no later than 5:00 PM (Arizona Time) today, October 25, 2022, updating the Court of the status of efforts made to serve Defendant Melody Jennings and Defendant Clean Elections USA. The notice shall indicate whether Plaintiffs' counsel has successfully effectuated service or the measures counsel has taken or will take to serve the Defendants. A notice shall be filed every business day until Defendants are successfully served or the matter is resolved, whichever is first.

3. Defendants shall have until 11:00 AM (Arizona Time) tomorrow, Wednesday, October 26, 2022, to file any written response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Plaintiffs shall have an opportunity to reply orally in open court at the hearing tomorrow.

4. Plaintiffs' counsel shall provide a copy of this Order to its process server to include in the service package to be served on Defendants. Plaintiffs' counsel shall also send a copy of this Order to the Defendants via email to the address identified in the Declaration (Doc. 12).

5. The Court shall issue a separate text entry providing the public and members of the press with information and instructions relating to a telephonic listening line.

Dated this 25th day of October, 2022.

Michael T. Liburdi
United States District Judge