Veronica Lucero (SBN 030292)
**Davillier Law Group, LLC**
4105 N. 20th St. Ste.110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

*Attorney for the Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino,<br><br>Plaintiffs,<br><br>vs.<br><br>Clean Elections USA; Melody Jennings; Doe Defendants 1–10,<br><br>Defendants. | **CASE NO:** CV-01823-PHX-MTL<br><br>**NOTICE OF APPEARANCE** |

    NOTICE IS HEREBY GIVEN that Veronica Lucero enters her appearance in this matter as counsel of record for Defendants Clean Elections USA and Melody Jennings. It is hereby requested that copies of all notices and filings in the above-captioned matter and any related case documents be sent to:

Veronica Lucero
**Davillier Law Group, LLC**
4105 N. 20th Street Ste. 110
Phoenix, AZ 85016
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

**DATED** this 25th day of October 2022

By: */s/ Veronica Lucero*

Veronica Lucero
**Davillier Law Group, LLC**
4105 N. 20th Street Ste. 110
Phoenix, AZ 85016

*Attorney for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25th, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Veronica Lucero*