Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth Frost (*pro hac vice*)
David Fox (*pro hac vice*)
Harleen Gambhir*
Tina Meng (*pro hac vice*)
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
dfox@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

* Motions for *Pro Hac Vice* Forthcoming

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Clean Elections USA; Melody Jennings; Doe Defendants 1-10,<br><br>　　　　　Defendants. | No. CV-22-01823-PHX-MTL<br><br>**DECLARATION OF DAVID FOX REGARDING SUPPLEMENTAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, David R. Fox, hereby declare as follow:

1. I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm Elias Law Group LLP, and am counsel for Plaintiffs Arizona Alliance of Retired Americans and Voto Latino.

2. Plaintiffs filed this case and the accompanying Motion for Temporary Restraining Order and Preliminary Injunction in the afternoon on October 24, 2022.

3. Since filing their Complaint and Motion on Monday, October 24, Plaintiffs have become aware of the following additional documents on which Plaintiffs may rely in support of their Motion at the Hearing today.

4. **Exhibit DD** is a true and correct copy of a post by user @TrumperMel on Truth Social, dated September 8, 2022.

5. **Exhibit EE** is a true and correct copy of a press release from Secretary of State Katie Hobbs that was released on Monday, October 24, 2022.

6. **Exhibit FF** is a true and correct copy of redacted complaints filed by voters with the Arizona Secretary of State's Office, spanning from October 21 to 22, 2022. These complaints were received via a Public Records Request response from the Secretary of State's Office on Tuesday, October 25, 2022.

7. **Exhibit GG** is a true and correct copy of a redacted email received by Arizona Secretary of State Katie Hobbs on October 22, 2022. This email record was made public through reporting at approximately 6:00 p.m. on Monday, October 24, 2022.

8. **Exhibit HH** is a true and correct copy of the webpage containing the recorded radio interview of Bill Gates, Chairman of the Maricopa County Board of Supervisors, on "The Gaydos and Chad Show," which was published at 8:14 p.m. on Monday October 24, 2022. The audio file is available at https://omny.fm/shows/the-gaydos-and-chad-show/bill-gates-chairman-of-the-maricopa-county-board-o.

9. **Exhibit II** is a true and correct copy of the Statement of Interest of the United States of America filed by the U.S. Department of Justice in the case *Nat'l Coalition on Black Civic Participation v. Wohl*, No. 20-cv-08668-VM-OTW (S.D.N.Y. Aug. 12, 2022),

ECF No. 235.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: October 26, 2022

Respectfully submitted,

*/s/ David R. Fox*
David R. Fox (pro hac vice)
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
dfox@elias.law

*Counsel for Plaintiffs*