# Exhibit FF

**From:** Kori Lorick
**Sent:** Sunday, October 23, 2022 2:13 PM
**To:** ▮▮▮▮▮@FBI.GOV
**CC:** Swartz, Justin T. (PX) (FBI); ▮▮▮▮@usdoj.gov
**Subject:** Drop box incident reports
**Attachments:** 10.23.22 Drop box complaint 2.pdf; 10.23.22 Drop box complaint 1.pdf


Please see the two attached incident reports that the SOS received.

Thank you,
Kori

## Fwd: Webform: Voting Incident    247

**Christine Dyster** <​█████████████​>
Sun 10/23/2022 12:24 PM
To: Kori Lorick █████████████ ;Amy Chan █████████████

Get [Outlook for iOS](#)

---

**From:** webmaster@azsos.gov <webmaster@azsos.gov> on behalf of ████████ via Arizona Secretary of State <webmaster@azsos.gov>
**Sent:** Saturday, October 22, 2022 7:37:54 PM
**To:** Christine Dyster █████████████ >
**Subject:** Webform: Voting Incident - -247

CAUTION: The following message contains information provided by an anonymous user through an online webform. Please treat the below message with caution, avoid clicking links, downloading attachments, or replying with personal information.
Submitted values are:

==Incident==
    Date of incident: Fri, 10/21/2022
    Approximate time of the incident: 12:10 pm
    County where incident occurred: Maricopa
    Polling location where incident occurred: Maricopa Elections  501 S 3rd Ave. Phoenix, AZ
    Describe the incident: Drove into the fenced area to drop off my ballot and there was an older grey hair bearded man with a large camera on a tripod that turned the camera toward me as I drove to the drop off box, and his lens moved as he focused his camera on my face, as I turned the corner inside the fenced area toward the drop box, his camera followed me and he dropped it down to my license plate.  As I got to the box, he raised the camera again and filmed me dropping off my ballot in the box.  I'm a senior and was very intimidated by his actions.
    Were you able to report this incident to the poll workers or county officials? No
    Current status of the incident: Ongoing
    Files: Yes, I'm emailing info to elections@azsos.gov.


    ==Contact Info==
    Full Name: █████████████
    Email: █████████████
    Phone Number: █████████████

## Fwd: Webform: Voting Incident　　248

**Christine Dyster** <▬▬▬▬▬▬▬▬▬▬>
Sun 10/23/2022 12:26 PM
To: Kori Lorick <▬▬▬▬▬▬▬▬▬▬>

Get [Outlook for iOS](#)

---

**From:** webmaster@azsos.gov <webmaster@azsos.gov> on behalf of ▬▬▬▬▬▬ via Arizona Secretary of State <webmaster@azsos.gov>
**Sent:** Saturday, October 22, 2022 10:44:53 PM
**To:** Christine Dyster <▬▬▬▬▬▬▬▬▬▬>
**Subject:** Webform: Voting Incident - -248

CAUTION: The following message contains information provided by an anonymous user through an online webform. Please treat the below message with caution, avoid clicking links, downloading attachments, or replying with personal information.
Submitted values are:

==Incident==
　　Date of incident: Sat, 10/22/2022
　　Approximate time of the incident: 1:30 pm
　　County where incident occurred: Maricopa
　　Polling location where incident occurred: Mesa Juvenile Court
1810 S Lewis Mesa, AZ
　　Describe the incident:
　　There was a Range Rover parked near the  ballot drop box.  No one approached anyone, but they were within 75 feet of the drop box.  License plate Arizona ▬▬▬▬▬

I took a picture of his vehicle.  Other people felt nervous about this person and one person held up their sign for his cameras that's said "I invoke my right to vote."

Police should be there driving these people off!
　　Were you able to report this incident to the poll workers or county officials? No
　　Current status of the incident: Ongoing
　　Files: No, I don't have any additional information.


　　==Contact Info==
　　Full Name: ▬▬▬▬▬
　　Email: ▬▬▬▬▬
　　Phone Number: ▬▬▬▬▬