# Exhibit GG

10/24/22, 12:42 PM                                                                 Mail - Kori Lorick - Outlook

**Fw: Election Integrity**

Kori Lorick
Sat 10/22/2022 10:56 AM

To: @FBI.GOV
Cc: Swartz, Justin T. (PX) (FBI)                    >;Angie Cloutier

Forwarding for awareness.

---

**From:** Todd Olson <                    >
**Sent:** Saturday, October 22, 2022 10:31 AM
**To:** Katie Hobbs
**Cc:**
**Subject:** Election Integrity

Attention Katie Hobbs, Kori Lorick and

Attention ALL Corrupt and Treasonous Government Officials.....

If you Cunt Lickers continue to fuck with the integrity of the AZ Elections......

I guarantee you, We the People will remove you from office.....

Additionally, if you own a home......

We will find you through the Tax Assessors Website...

Remember the French revolution of 1799??.....