UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino, <br><br> Plaintiffs, <br><br> v. <br><br> Clean Elections USA; Melody Jennings; Doe Defendants 1-10, <br><br> Defendants. | No. CV-22-01823-PHX-MTL <br><br> **[AMENDED PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

    Plaintiffs Arizona Alliance for Retired Americans and Voto Latino moved to enjoin Defendants for violations of the Voting Rights Act and the Ku Klux Klan Act. Having considered the parties' pleadings, arguments of counsel, and the record in this case, the Court finds that Plaintiffs have demonstrated all of the following: a strong likelihood of success on the merits; that, absent an injunction, they face immediate, irreparable injury from Defendants' actions; and that the balance of the equities and the public interest favor immediate preliminary injunctive relief.

    Therefore, the Court hereby **GRANTS** the motion and orders the following:

1. It is **HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**;

2. Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them are **ENJOINED** from training,

organizing, encouraging, or directing others to:

    a.    Engage in in-person monitoring of drop boxes;

    b.    Follow, take photos of, or otherwise record individuals returning ballots to a drop box or those individuals' vehicles;

    c.    Post online or otherwise disseminate images or recordings of, or personal information about, individuals who return ballots to a drop box, including but not limited to information about the individuals' identity, their distinguishing features, their license plate number, model and make of car, and similar information; or

    d.    Harass or verbally engage with individuals returning ballots to a drop box.

3. Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them are further **ENJOINED** from:

    a.    Gathering in groups of more than two individuals within 250 feet of drop boxes;

    b.    Following, taking photos of, or otherwise recording individuals returning ballots to a drop box;

    c.    Posting online or otherwise disseminating images or recordings of, or personal information about, individuals who return ballots to a drop box, including but not limited to information about the individuals' identity, their distinguishing features, their license plate number, model and make of car, and similar information; or

    d.    Harassing voters at or around a drop box.

4. Defendant Clean Elections USA shall post a copy of this injunction on its website, cleanelectionsusa.org, and include a prominently located hyperlink to this injunction on its homepage.

5. Defendant Jennings shall post a hyperlink to the copy of this injunction hosted

on cleanelectionsusa.org, along with images of the injunction's text, to her Truth Social page, @TrumperMel, daily from today until Wednesday, November 9.

6. No person who has notice of this injunction shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection, or other artifice.

7. The bond requirement is hereby **WAIVED**.

8. This injunction will go into effect immediately and shall remain in effect pending further order from this Court.

**IT IS SO ORDERED.**