DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge: Michael T. Liburdi**         **Date: October 26, 2022**

**Case Number: CV-22-01823-PHX-MTL**

**Arizona Alliance for Retired Americans, et al v. Clean Elections USA, et al**

| APPEARANCES: | Plaintiffs' Counsel | Defendants' Counsel |
|---|---|---|
| | Daniel Arellano | Veronica Lucero |
| | David Fox | |
| | Elisabeth Frost | |
| | Harleen Gambhir | |
| | Austin Marshall | |

**MOTION HEARING:**

1:07 p.m.  Hearing is held on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 2). Opening statements presented.  Saundra Cole is sworn and examined.  The witness is excused.  Dora Vasquez is sworn and examined.  The witness is excused.  Ameer Patel is sworn and examined.  The witness is excused.  Jenea Phillips is sworn and examined.  The witness is excused.  Exhibits 1 through 36 are admitted in evidence.  Argument presented.  2:39 p.m.  Recess.

2:55 p.m.  Court reconvenes.  Further argument presented.

**IT IS ORDERED** taking Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 2) under advisement.

4:08 p.m.  Court adjourned.

Deputy Clerk: Lisa Richter
Court Reporter: Cathy Taylor

Start: 1:07 p.m.
Stop: 4:08 p.m.
Total: 2 hrs, 45 mins