UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☑ Preliminary Injunction   ☑ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number: CV-22-01823-PHX-MTL   Judge Code: __   Date: 10/26/2022

Arizona Alliance for Retired Americans; Voto Latino vs. Clean Elections USA; Melody Jennings; Doe Defendants 1-10

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Saundra Cole (AARA) | 10-26-22 | 10-26-22 |
| Dora Vasquez (AARA) | 10-26-22 | 10-26-22 |
| Ameer Patel (Voto Latino) | 10-26-22 | 10-26-22 |
| Jenea Phillips | 10-26-22 | 10-26-22 |

Filed stamp: OCT 26 2022, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA