UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☑ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:22-cv-01823     Judge Code MTL    Date 10/26/2022

Arizona Alliance for Retired Americans, et al., vs. Clean Elections USA, et al.,

☒ Plaintiff/Petitioner    ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | 10-26-22 | Twitter post by the Washington Examiner, dated June 13, 2022 |
| 2 | | 10-26-22 | WarRoom.org article titled "Melody Jennings: Eighteen States Must Stay Aware of their Vulnerable Election Through Ballot Boxes," dated October 15, 2022 |
| 3 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated August 11, 2022 |
| 4 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated September 23, 2022 |
| 5 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated October 17, 2022 |
| 6 | | 10-26-22 | A series of posts by users @jdanelle, @TrumperMel, and @DrMoriarty444 on Truth Social, dated October 20, 2022 |
| 7 | | 10-26-22 | Webpage of the episode "Ground Games" of the podcast "Patriot Games," |
| 8 | | 10-26-22 | WarRoom.org article titled "Melody Jennings: MAGA Must Prevent Dropboxes from Being the Left's Tool for their Election Theft," dated October 19, 2022 |
| 9 | | 10-26-22 | @TrumperMel's profile on Truth Social, as it appeared on October 20, 2022 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number _____   Judge Code _____   Date _____

_____ vs. _____

☐ Plaintiff/Petitioner       ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10 | | 10-26-22 | Posts by user @TrumperMel on Truth Social, dated October 19, 2022 |
| 11 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated October 15, 2022 |
| 12 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated October 17, 2022 |
| 13 | | 10-26-22 | Joint statement by the Maricopa County Board of Supervisors Chairman Bill Gates and Recorder Stephen Richer on drop box watchers, dated October 22, 2022 |
| 14 | | 10-26-22 | Redacted complaint filed by a voter with the Arizona Secretary of State's Office, dated October 17 and 18, 2022 |
| 15 | | 10-26-22 | Posts by user @TrumperMel on Truth Social, dated October 20, 2022 |
| 16 | | 10-26-22 | Rumble.com webpage with an episode of "Bannons War Room" titled "Episode 2243: Mastriano Stands Up for Pennsylvania Families," dated October 21, 2022 |
| 17 | | 10-26-22 | Redacted complaints filed by a voter with the Arizona Secretary of State's office, spanning from October 19 to 21, 2022 |
| 18 | | 10-26-22 | Twitter post by user @NicoleSGrigg, dated October 19, 2022 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number _____  Judge Code _____  Date _____

_____ vs. _____

☐ Plaintiff/Petitioner    ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 19 | | 10-26-22 | Twitter post by user @NicoleSGrigg, dated October 19, 2022 |
| 20 | | 10-26-22 | Twitter post by the Maricopa County Elections Department, dated October 22, 2022 |
| 21 | | 10-26-22 | Post by user @Chad H Vivas that was "reTruthed" by user @TrumperMel on Truth Social, dated October 22, 2022 |
| 22 | | 10-26-22 | Post by the user @TrumperMel on Truth Social, dated October 22, 2022 |
| 23 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated October 22, 2022 |
| 24 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated October 22, 2022 |
| 25 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated October 22, 2022 |
| 26 | | 10-26-22 | Twitter post by user @_8675309_, dated October 23, 2022 |
| 27 | | 10-26-22 | Webpage of the YouTube video of the "Nader Narrative Interview with Melody Jennings," dated September 1, 2022 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☑ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:22-cv-01823    Judge Code MTL    Date 10/26/2022

Arizona Alliance for Retired Americans, et al., vs. Clean Elections USA, et al.,

☑ Plaintiff/Petitioner    ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 28 | | 10-26-22 | Article titled "Former AG Bill Barr laughs at Dinesh D'Souza's election conspiracy theory film '2000 Mules' in January 6 Committee deposition," dated June 14, 2022 |
| 29 | | 10-26-22 | Article titled "FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules,'" dated May 3, 2022 |
| 30 | | 10-26-22 | Post by user @TrumperMel on Truth Social, dated September 8, 2022 |
| 31 | | 10-26-22 | Press release from Secretary of State Katie Hobbs that was released on Monday, October 24, 2022 |
| 32 | | 10-26-22 | Redacted complaints filed by voters with the Arizona Secretary of State's Office, spanning from October 21 to 22, 2022 |
| 33 | | 10-26-22 | Redacted email received by Arizona Secretary of State Katie Hobbs on October 22, 2022 |
| 34 | | 10-26-22 | Webpage containing the recorded radio interview of Bill Gates, Chairman of the Maricopa County Board of Supervisors, on "The Gaydos and Chad Show," |
| 35 | | 10-26-22 | Statement of Interest of the United States of America filed by the U.S. Department of Justice |
| 36 | | 10-26-22 | J. Phillips Complaint |