```
          X  FILED         ___ LODGED
          ___ RECEIVED     ___ COPY

              OCT 26 2022

          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Clean Elections USA, et al, <br><br> Defendants. | No. CV-22-01823-PHX-MTL <br><br> **MINUTE ORDER RE: EXHIBITS** |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received in evidence, in the above-entitled case at the time of the Motion for Temporary Restraining Order and Preliminary Injunction Hearing which concluded on October 26, 2022, are returned to respective counsel.

Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED this 26th day of October, 2022.

DEBRA D. LUCAS,
District Court Executive/Clerk of Court

_____
Lisa Richter
Courtroom Deputy

_____ Plaintiff's counsel/representative signature

_____ Defendant's counsel/representative signature