Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth Frost (*pro hac vice*)
David Fox (*pro hac vice*)
Harleen Gambhir (*pro hac vice*)
Tina Meng (*pro hac vice*)
Marcos Mocine-McQueen (*pro hac vice*)
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
dfox@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino, | No. CV-22-01823-PHX-MTL |
| Plaintiffs, | |
| v. | **NOTICE OF ADDITIONAL AUTHORITY** |
| Clean Elections USA; Melody Jennings; Doe Defendants 1-10, | |
| Defendants. | |

At the hearing yesterday, the Court asked Plaintiffs' counsel for authority supporting the argument that Section 11(b) of the Voting Rights Act serves a compelling state interest in preventing voter intimidation, and counsel responded that he was not aware of a court having reached that issue.

Plaintiffs respectfully direct the Court's attention to the Supreme Court's decision in *Burson v. Freeman*, 504 U.S. 191 (1992), in which the Supreme Court held that the government has a "compelling interest[] in preventing voter intimidation" for First Amendment purposes. *Id.* at 206 (plurality op.); *see also id.* at 199 ("The interests advanced by Tennessee obviously are compelling ones. This Court has recognized that the right to vote freely for the candidate of one's choice is of the essence of a democratic society. Indeed, no right is more precious in a free country than that of having a voice in the election of those who make the laws under which, as good citizens, we must live. Other rights, even the most basic, are illusory if the right to vote is undermined. Accordingly, this Court has concluded that a State has a compelling interest in protecting voters from confusion and undue influence." (citations and quotation marks omitted)); *id.* at 213-14 (Kennedy, J., concurring).

Dated: October 27, 2022

Respectfully submitted,

*/s/ Daniel A. Arellano*
Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500

Elisabeth Frost*
David Fox*
Harleen K. Gambhir*
Tina Meng*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002

*\* Pro Hac Vice*

*Counsel for Plaintiffs*

3