Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth Frost (*pro hac vice*)
David Fox (*pro hac vice*)
Harleen K. Gambhir (*pro hac vice*)
Tina Meng (*pro hac vice*)
Marcos Mocine-McQueen (*pro hac vice*)
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
dfox@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino,<br><br>Plaintiffs,<br><br>v.<br><br>Clean Elections USA; Melody Jennings; Doe Defendants 1-10,<br><br>Defendants. | No.  CV-22-01823-PHX-MTL<br><br><br><br><br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>**(PRELIMINARY INJUNCTION APPEAL)** |

Notice is hereby given that Plaintiffs Arizona Alliance for Retired Americans and Voto Latino appeal the Court's October 28, 2022 Order denying Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and dismissing Plaintiff Voto Latino (Doc. 32.) to the United States Court of Appeals for the Ninth Circuit. Attached to this Notice is a Representation Statement as required by Ninth Circuit Rule 3-2.

Dated: October 28, 2022

Respectfully submitted,

*/s/ Daniel A. Arellano*
Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500

Elisabeth Frost
David Fox
Harleen K. Gambhir
Tina Meng
Marcos Mocine-McQueen
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002

*Counsel for Plaintiffs*

1