UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans;<br>Voto Latino,<br><br>               Plaintiffs,<br><br>     v.<br><br>Clean Elections USA; Melody Jennings;<br>Doe Defendants 1-10,<br><br>               Defendants. | No. CV-22-01823-PHX-MTL<br><br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFFS' EMERGENCY MOTION<br>FOR INJUNCTION PENDING APPEAL** |

Having considered Plaintiffs Arizona Alliance for Retired Americans and Voto Latino's Emergency Motion for Injunction Pending Appeal, and good cause appearing.

The Court hereby **GRANTS** the motion.

**IT IS SO ORDERED**.