Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
**Davillier Law Group, LLC**
4105 N. 20th St. Ste.110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino, <br><br> Plaintiffs, <br><br> vs. <br><br> Clean Elections USA; Melody Jennings; Doe Defendants 1–10, <br><br> Defendants. | **CASE NO:** CV-01823-PHX-MTL <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Alexander Kolodin enters his appearance in this matter as additional counsel of record for Defendants Clean Elections USA and Melody Jennings. It is hereby requested that copies of all notices and filings in the above-captioned matter and any related case documents be directed to:

| | |
|---|---|
| 1 | |
| 2 | Alexander Kolodin |
|   | **Davillier Law Group, LLC** |
| 3 | 4105 N. 20th Street Ste. 110 |
| 4 | Phoenix, AZ 85016 |
|   | Akolodin@davillierlawgroup.com |
| 5 | |
| 6 | |
| 7 | **DATED** this 31st  day of October 2022 |
| 8 | |
| 9 | By: */s/ Alexander Kolodin* |
| 10 | Alexander Kolodin |
| 11 | Veronica Lucero |
|    | **Davillier Law Group, LLC** |
| 12 | 4105 N. 20th Street Ste. 110 |
| 13 | Phoenix, AZ 85016 |
| 14 | *Attorneys for the Defendants* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 31st, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Alexander Kolodin*