Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
**Davillier Law Group, LLC**
4105 N. 20th St. Ste.110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

*Attorneys for Defendants Clean Elections USA
And Melody Jennings*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino,<br>Plaintiffs,<br>v.<br>Clean Elections USA; Melody Jennings; Doe Defendants 1–10,<br>Defendants.<br><br>_____<br><br>League of Women Voters of Arizona;<br>Plaintiffs,<br>v.<br>Lions of Liberty LLC et al;<br>Defendants. | **CASE NO: CV-22-01823-PHX-MTL**<br><br>**CV-22-08196-PCT-MTL**<br>**(Consolidated)**<br><br>**NOTICE OF LODGING DECLARATION OF LUKE CILANO** |

Defendants Clean Elections USA and Melody Jennings, by and through undersigned counsel hereby gives the Court notice that it is lodging the attached Declaration from Mr. Cilano, a member of the Lion's of Liberty LLC. He is available to testify if necessary to confirm its contents.

**DATED** this 31st day of October 2022

By: */s/ Veronica Lucero*

Alexander Kolodin
Veronica Lucero
**Davillier Law Group, LLC**
4105 N. 20th Street Ste. 110
Phoenix, AZ 85016

*Attorneys for Defendants Clean Elections USA and Melody Jennings*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31st, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Veronica Lucero*

## Declaration of Luke Cilano

1. I, Luke Cilano, being of sound mind and the age of majority, do hereby depose and state as follows.
2. I am a member of the group, Lions of Liberty.
3. Lions of Liberty has never, to my knowledge, been associated with Clean Elections USA. Any statement of "disaffiliation" that Lions of Liberty would have made would simply have been to make this clear.

   I declare under penalty of perjury of the laws of United States of America that the forgoing is true and correct.

Date: 10/31/2022

Printed Name: Luke Cilano

Signature: *[DocuSigned by: Luke Cilano, 5448FC1130D24AE...]*