Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
**Davillier Law Group, LLC**
4105 N. 20th St. Ste.110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

*Attorneys for Defendants Clean Elections USA*
*And Melody Jennings*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Lions of Liberty LLC et al;<br><br>　　　　Defendants. | CASE NO: CV-22-01823-PHX-MTL<br><br>CV-22-08196-PCT-MTL<br>(Consolidated)<br><br>**ORDER** |

It is ordered that, from this date and time, through the close of the polls on election day, Defendants and persons over whom they have actual control (collectively "Defendants") shall not, while monitoring a drop box:

I.      (a) Intentionally approach within 75 feet of the drop box, or (b) intentionally follow individuals delivering ballots to the drop box when such individuals are not within 75 feet of a drop box.

II.     Unless spoken to or yelled at first, speak to or yell at an individual who that Defendant knows is (a) returning ballots to the drop box, and (b) who are within 75 feet of the drop box.

III.    (a) Openly carry firearms within 250 feet of the drop box, or (b) visibly wear body armor within 250 feet of the drop box. But a Defendant shall not be in breach of this order if they reveal any firearm or body armor by accident.

IV.     Intentionally come within 75 feet of the entrance to a building where a drop box is located.

It is further ordered as follows:

I.      Defendants shall, within one business day of the date of this order: Post the following statement in a conspicuous place on Clean Elections USA's website and the Truth Social page, @TrumperMel:

"*A person who knowingly collects voted or unvoted early ballots from a person that is not a family member, household member or caregiver is guilty of a class 6 felony. ARS 16-1005(H). However, it is not a crime to collect voted or unvoted early ballots from a family member, household member or someone to whom they are a caregiver and deposit them in a drop box. ARS 16-1005(I).*"

However, this shall not prohibit Clean Elections USA from changing its name or the domain of its website pursuant to an agreement with Clean Elections.

Defendants shall also, within one business day of the date of this Order, place (a) a copy of this Order in a conspicuous place on the Clean Elections USA website along with a request that all drop box monitors abide by it, and (b) a link to this Order on the Truth Social page, @TrumperMel along with a request that all drop box monitors abide by it. However, this shall not prohibit Clean Elections USA from changing its name or the domain of its website pursuant to an agreement with Clean Elections.

II.    No person who has notice of this Order shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection, or other artifice. Notwithstanding, Defendants shall not be liable for the acts of persons over whom they lack actual control.

III.   This stipulated order shall go into effect immediately and remain in effect through the close of the polls on election day, 2022.

IV.    Defendants' agreement to the entry of this order shall not be construed as an admission by Defendants or a finding by this Court that they have engaged in any of the activities this order prohibits. This order shall not be presented to a jury.

V.     This case is hereby dismissed, without prejudice. Each party to bear their own fees and costs. This Court shall retain jurisdiction to enforce the terms of this Order.