Joshua D. Bendor, 031908
Brandon T. Delgado, 035924
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000
jbendor@omlaw.com
bdelgado@omlaw.com

Orion Danjuma *(pro hac vice)*
NY Reg No. 4942249
PROTECT DEMOCRACY PROJECT
82 Nassau St. #601
New York, NY 10038
Tel: (202) 579-4582
orion.danjuma@protectdemocracy.org

Rachel F. Homer *(pro hac vice)*
DC Bar No. 1045077
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

Attorneys for Plaintiff

Benjamin L. Berwick *(pro hac vice)*
MA Bar No. 679207
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
ben.berwick@protectdemocracy.org

Jared Davidson *(pro hac vice to be filed)*
LA Bar No. 37093
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al,<br><br>Plaintiff,<br><br>vs.<br><br>Clean Elections USA, et al,<br><br>Defendants. | No. CV-22-01823-PHX-MTL<br><br>(Consolidated with<br>CV-22-08196-PCT-MTL)<br><br>**NOTICE OF COMPLIANCE** |
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC, et al.,<br><br>Defendants. | |

1    The parties hereby notify the Court that they have filed the joint notice with the

2   Ninth Circuit pursuant to the Court's order at Doc. 48. A copy of the Joint Notice is

3   attached.

4    DATED this 1st day of November, 2022.

5

6                                   OSBORN MALEDON, P.A.

7                                   By s/ Joshua D. Bendor
                                        Joshua D. Bendor
8                                       Brandon T. Delgado
                                        2929 North Central Avenue, Suite 2100
9                                       Phoenix, Arizona 85012-2793

10                                      Orion Danjuma *(pro hac vice)*
                                        PROTECT DEMOCRACY PROJECT
11                                      82 Nassau St. #601
                                        New York, NY 10038
12

13                                      Rachel F. Homer *(pro hac vice)*
                                        PROTECT DEMOCRACY PROJECT
14                                      2020 Pennsylvania Avenue NW, #163
                                        Washington, DC 20006
15
                                        Benjamin L. Berwick*(pro hac vice)*
16                                      PROTECT DEMOCRACY PROJECT
                                        15 Main Street, Suite 312
17                                      Watertown, MA 02472

18                                      Jared Davidson*(pro hac vice to be filed)*
                                        PROTECT DEMOCRACY PROJECT
19                                      3014 Dauphine Street, Suite J
                                        New Orleans, LA 70117
20
                                    Attorneys for Plaintiff
21

22

23

24

25

26

27

28

                                         2