### DISTRICT JUDGE'S CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge: Michael T. Liburdi**                    **Date: November 1, 2022**

**Case Number: CV-22-01823-PHX-MTL**

**Arizona Alliance for Retired Americans, et al v. Clean Elections USA, et al**

| APPEARANCES: | Plaintiffs' Counsel | Defendants' Counsel |
|---|---|---|
| | Orion Danjuma | Veronica Lucero |
| | Rachel Homer | Alexander Kolodin |
| | Brandon Delgado | |
| | Joshua Bendor | |
| | Daniel Arellano | |
| | Austin Marshall | |

**MOTION HEARING:**

12:14 p.m.  Hearing is held on Plaintiff League of Woman Voters of Arizona's Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. 11) in consolidated case CV-22-08196-PCT-MTL. Agreements of the parties are discussed.  The Court grants Plaintiff's request for witness identification to be designated for attorneys' eyes only.  Pinny Sheoran is sworn and examined.  The witness is excused. 1:37 p.m.  Recess.

1:54 p.m.  Court reconvenes.  Complainant 240 is sworn and examined.  The portion of the transcript identifying the witness is ordered sealed.  Exhibits 1, 2, 3, 4, 7 and 8 are admitted in evidence.  The witness is excused.  Leslie Hanson is sworn and examined.  The witness is excused.  3:05 p.m.  Recess.

3:19 p.m.  Court reconvenes.  Plaintiff's Motion to File Declaration Under Seal, (Doc. 13) in consolidated case CV-22-8196-PCT-MTL, is granted.  The Clerk of Court is directed to file the Declaration (lodged Doc. 14) under seal.  Lois Hanson is sworn and examined.  The witness is excused.  Lorna Banister is sworn and examined.  The witness is excused.  Donald Overlock is sworn and examined.  The witness is excused.  Daniel Maldonado Rivera, Jr. is sworn and examined.  The witness is excused.  Exhibit 6 is admitted in evidence.  4:02 p.m.  Recess.

4:12 p.m.  Court reconvenes. Argument presented.  Temporary Restraining Order to issue as stated on the record.  Motion for Preliminary Injunction (Doc. 11) is taken under advisement.

5:31 p.m.  Court adjourned.

**CV-22-01823-PHX-MTL**                                                    **November 1, 1022**

**Arizona Alliance for Retired Americans, et al v. Clean Elections USA, et al**        Page 2 of 2

LATER: Plaintiff's counsel advises the courtroom deputy that a hard copy of Exhibit 3 is not available. With no objection by counsel for defendant, Plaintiff's counsel is directed to deliver the hard copy of Exhibit 3 to the courtroom deputy not later than Wednesday, November 2, 2022 at 11:30 a.m.

Deputy Clerk: Lisa Richter
Court Reporter: Cathy Taylor

**Start:  12:14 p.m.**
**Stop:  5:31 p.m.**
**Total:  4 hrs, 36 mins**