# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans et al., <br> Plaintiffs, <br> v. <br> Clean Elections USA, et al., <br> Defendants. | No. CV-22-01823-PHX-MTL <br><br> **TEMPORARY RESTRAINING ORDER** |

For the reasons stated on the record,

**IT IS ORDERED granting** the parties' stipulated restraining order:

<u>Stipulated Temporary Restraining Order</u>

1. Defendants, their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are **RESTRAINED** from engaging themselves or training, organizing, encouraging, or directing others to, while monitoring drop boxes:

    a. Intentionally enter within 75 feet of (i) a ballot drop box or (ii) the entrance to a building where a drop box is located.

    b. Intentionally follow individuals delivering ballots to the drop box when such individuals are not within 75 feet of a drop box.

    c. Unless spoken to or yelled at first, speak to or yell at an individual who that Defendant knows is (i) returning ballots to the drop box, and (ii) who is within 75 feet of the drop box.

      d.    (i) Openly carry firearms within 250 feet of a ballot drop box or (ii) visibly wear body armor within 250 feet of a ballot drop box. But Defendants shall not be in breach of this order if they accidentally and unknowingly reveal a concealed firearm or concealed body armor.

    2.    Defendants shall, within 24 hours of the date of this order, post the following in a conspicuous place on Clean Elections USA's website and on the Truth Social page, @TrumperMel, and leave it posted through the close of voting on Election Day 2022:

      a.    "It is not always illegal to deposit multiple ballots in a ballot drop box. It is legal to deposit the ballot of a family member, household member, or person for whom you are the caregiver. Here are the rules for ballot drop boxes by which I ask you to abide:"

      b.    The preceding statement shall be followed by a copy of the entire statutory text of Arizona Revised Statutes § 16-1005 or link thereto.

      c.    A copy of this temporary restraining order or a link to this temporary restraining order.

    3.    The preceding shall not prohibit Clean Elections USA from changing its name or the domain of its website pursuant to an agreement with Clean Elections, provided that any new website of Clean Elections USA posts the same through the close of voting on Election Day 2022.

    4.    Defendant Melody Jennings shall post on the Truth Social page, @TrumperMel, the following statement, and leave it posted through the close of voting on Election Day 2022: "Any past statement that it is always illegal to deposit multiple ballots in a ballot drop box is incomplete; a family member, household member, or caregiver can legally do so," along with a copy of the entire pertinent statutory text of Arizona Revised Statutes § 16-1005 or a link thereto and a copy of or link to this order.

    5.    Defendants' agreement to the entry of this partial order shall not be construed as an admission by Defendants that they have engaged in any of the activities this order prohibits or an admission by Defendants that any of those activities would be contrary to the law.

6. No person who has notice of this order shall fail to comply with it, nor shall any person subvert the order by sham, indirection, or other artifice.

7. This order applies to Defendants, their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them. Notwithstanding that, Defendants shall not be held liable or in contempt based solely on a violation of this order by persons over whom Defendants do not have actual control.

8. This restraining order will go into effect immediately and shall remain in effect for fourteen days.

**IT IS FURTHER ORDERED** that the Court enters the following temporary restraining order proposed by Plaintiffs and contested by Defendants:

<u>Temporary Restraining Order</u>

1. Defendants, their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are **RESTRAINED** from engaging themselves or training, organizing, encouraging, or directing others to:

    a. In connection with any specific claim that individuals committed voter fraud based solely on the fact that they deposited multiple ballots in a drop box, post online or otherwise disseminate images or recordings of, or personal information about, individuals who return ballots to a drop box, including but not limited to information about the individuals' identity, their distinguishing features, their license plate number, model and make of car, and/or similar information; or

    b. Take photos of or otherwise record individuals who are within 75 feet of a ballot drop box.

2. Defendants shall cease and desist making false statements about Arizona Revised Statutes § 16-1005 immediately through the close of voting on Election Day 2022.

3. This restraining order will go into effect immediately and shall remain in effect for fourteen days.

**IT IS FINALLY ORDERED** waiving the bond requirement.

///

1     Dated this 1st day of November, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 4 -