Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth Frost (*pro hac vice*)
David Fox (*pro hac vice*)
Harleen K. Gambhir *(pro hac vice)*
Tina Meng (*pro hac vice*)
Marcos Mocine-McQueen (*pro hac vice*)
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
dfox@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino,<br><br>Plaintiffs,<br><br>v.<br><br>Clean Elections USA; Melody Jennings; Doe Defendants 1–10,<br><br>Defendants. | No. CV-22-01823-PHX-MTL<br><br><br><br>**NOTICE OF COMPLIANCE** |

Pursuant to the Court's order today at the hearing on the League of Women Voters of Arizona's motion for temporary restraining order and preliminary injunction, Plaintiffs Arizona Alliance for Retired Americans and Voto Latino certify that they have filed the attached notice with the Ninth Circuit, advising that court of this Court's Temporary Restraining Order issued today (Doc. 51).

Dated: November 1, 2022

Respectfully submitted,

/s/ Daniel A. Arellano
Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
Austin T. Marshall (No. 036582)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500

Elisabeth Frost (*pro hac vice*)
David Fox (*pro hac vice*)
Harleen K. Gambhir (*pro hac vice*)
Tina Meng (*pro hac vice*)
Marcos Mocine-McQueen (*pro hac vice*)
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498

*Attorneys for Plaintiffs*