No. 22-16689

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ARIZONA ALLIANCE FOR RETIRED AMERICANS; *et al.*,

Plaintiffs-Appellants,

v.

CLEAN ELECTIONS USA, *et al.*,

Defendants-Appellees.

On Appeal from the United States District Court
for the District of Arizona (Phoenix Division)
Case No. 2:22-cv-01823-PHX-MTL, Before the Hon. Michael T. Liburdi

## NOTICE OF ORDER IN RELATED CASE

Roy Herrera
Daniel A. Arellano
Austin T. Marshall
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth C. Frost
David R. Fox
Joseph Posimato
Harleen K. Gambhir
Tina Meng
Marcos Mocine-McQueen
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
jposimato@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

*Counsel for Plaintiffs-Appellants*

The district court has ordered Plaintiffs to provide notice to this Court that earlier today, after an evidentiary hearing, the district court issued a temporary restraining order in *League of Women Voters of Arizona v. Lions of Liberty LLC*, No. 3:22-cv-08196-MTL (D. Ariz.). The district court's Order is attached as **Exhibit A**.

Plaintiffs are assessing the effect of the Order on this appeal and their pending emergency motion and will provide a further notice to this Court no later than 12:00 pm PT tomorrow, November 2.

Case 2:22-cv-01823-MTL Document 52-1, Filed 11/01/22, Page 2 of 8

Respectfully submitted this 1st day of November, 2022.

                             */s* David R. Fox

                             Roy Herrera
                             Daniel A. Arellano
                             Austin T. Marshall
                             **HERRERA ARELLANO LLP**
                             530 East McDowell Road, Suite 107-150
                             Phoenix, Arizona 85004-1500
                             Telephone: (602) 567-4820
                             roy@ha-firm.com
                             daniel@ha-firm.com
                             austin@ha-firm.com

                             Elisabeth C. Frost
                             David R. Fox
                             Joseph Posimato
                             Harleen K. Gambhir
                             Tina Meng
                             Marcos Mocine-McQueen
                             **ELIAS LAW GROUP LLP**
                             10 G Street NE, Suite 600
                             Washington, D.C. 20002
                             Telephone: (202) 968-4490
                             efrost@elias.law
                             dfox@elias.law
                             jposimato@elias.law
                             hgambhir@elias.law
                             tmeng@elias.law
                             mmcqueen@elias.law

                             *Counsel for Plaintiffs-Appellants*

Case 2:22-cv-00509-SRB Document 75-19, Filed 11/01/22, Page 3 of 8

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the attached document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 1, 2022.

  /s/ David R. Fox

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans et al., | No. CV-22-01823-PHX-MTL |
| Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| v. | |
| Clean Elections USA, et al., | |
| Defendants. | |

For the reasons stated on the record,

**IT IS ORDERED granting** the parties' stipulated restraining order:

<u>Stipulated Temporary Restraining Order</u>

1. Defendants, their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are **RESTRAINED** from engaging themselves or training, organizing, encouraging, or directing others to, while monitoring drop boxes:

    a. Intentionally enter within 75 feet of (i) a ballot drop box or (ii) the entrance to a building where a drop box is located.

    b. Intentionally follow individuals delivering ballots to the drop box when such individuals are not within 75 feet of a drop box.

    c. Unless spoken to or yelled at first, speak to or yell at an individual who that Defendant knows is (i) returning ballots to the drop box, and (ii) who is within 75 feet of the drop box.

(6 of 8)
Case 2:22-cv-01823-MTL Document 53-1 Filed 11/01/22 Page 6 of 8
Case 2:22-cv-01823-MTL Document 35 Filed 11/01/22 Page 2 of 4

   d. (i) Openly carry firearms within 250 feet of a ballot drop box or (ii) visibly wear body armor within 250 feet of a ballot drop box. But Defendants shall not be in breach of this order if they accidentally and unknowingly reveal a concealed firearm or concealed body armor.

  2. Defendants shall, within 24 hours of the date of this order, post the following in a conspicuous place on Clean Elections USA's website and on the Truth Social page, @TrumperMel, and leave it posted through the close of voting on Election Day 2022:

   a. "It is not always illegal to deposit multiple ballots in a ballot drop box. It is legal to deposit the ballot of a family member, household member, or person for whom you are the caregiver. Here are the rules for ballot drop boxes by which I ask you to abide:"

   b. The preceding statement shall be followed by a copy of the entire statutory text of Arizona Revised Statutes § 16-1005 or link thereto.

   c. A copy of this temporary restraining order or a link to this temporary restraining order.

  3. The preceding shall not prohibit Clean Elections USA from changing its name or the domain of its website pursuant to an agreement with Clean Elections, provided that any new website of Clean Elections USA posts the same through the close of voting on Election Day 2022.

  4. Defendant Melody Jennings shall post on the Truth Social page, @TrumperMel, the following statement, and leave it posted through the close of voting on Election Day 2022: "Any past statement that it is always illegal to deposit multiple ballots in a ballot drop box is incomplete; a family member, household member, or caregiver can legally do so," along with a copy of the entire pertinent statutory text of Arizona Revised Statutes § 16-1005 or a link thereto and a copy of or link to this order.

  5. Defendants' agreement to the entry of this partial order shall not be construed as an admission by Defendants that they have engaged in any of the activities this order prohibits or an admission by Defendants that any of those activities would be contrary to the law.

6. No person who has notice of this order shall fail to comply with it, nor shall any person subvert the order by sham, indirection, or other artifice.

7. This order applies to Defendants, their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them. Notwithstanding that, Defendants shall not be held liable or in contempt based solely on a violation of this order by persons over whom Defendants do not have actual control.

8. This restraining order will go into effect immediately and shall remain in effect for fourteen days.

**IT IS FURTHER ORDERED** that the Court enters the following temporary restraining order proposed by Plaintiffs and contested by Defendants:

Temporary Restraining Order

1. Defendants, their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are **RESTRAINED** from engaging themselves or training, organizing, encouraging, or directing others to:

   a. In connection with any specific claim that individuals committed voter fraud based solely on the fact that they deposited multiple ballots in a drop box, post online or otherwise disseminate images or recordings of, or personal information about, individuals who return ballots to a drop box, including but not limited to information about the individuals' identity, their distinguishing features, their license plate number, model and make of car, and/or similar information; or

   b. Take photos of or otherwise record individuals who are within 75 feet of a ballot drop box.

2. Defendants shall cease and desist making false statements about Arizona Revised Statutes § 16-1005 immediately through the close of voting on Election Day 2022.

3. This restraining order will go into effect immediately and shall remain in effect for fourteen days.

**IT IS FINALLY ORDERED** waiving the bond requirement.

///

- 3 -

1     Dated this 1st day of November, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 4 -