No. 22-16689
_____

**In the United States Court of Appeals
for the Ninth Circuit**
_____

ARIZONA ALLIANCE FOR RETIRED AMERICANS, et al.,
*Plaintiffs - Appellants*,

v.

CLEAN ELECTIONS USA, et al.,
*Defendants - Appellees*.
_____

On Appeal from the United States District Court
for the District of Arizona
Case No. 2:22-cv-01823-PHX-MTL
_____

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO
WITHDRAW THEIR PREVIOUSLY-FILED EMERGENCY MOTION**

| | |
|---|---|
| Roy Herrera | Elisabeth C. Frost |
| Daniel A. Arellano | David R. Fox |
| Austin T. Marshall | Joseph Posimato |
| **HERRERA ARELLANO LLP** | Harleen K. Gambhir |
| 530 East McDowell Road, Suite 107-150 | Tina Meng |
| Phoenix, Arizona 85004-1500 | Marcos Mocine-McQueen |
| Telephone: (602) 567-4820 | **ELIAS LAW GROUP LLP** |
| roy@ha-firm.com | 10 G Street NE, Suite 600 |
| daniel@ha-firm.com | Washington, D.C. 20002 |
| austin@ha-firm.com | Telephone: (202) 968-4490 |
| | efrost@elias.law |
| | dfox@elias.law |
| | jposimato@elias.law |
| | hgambhir@elias.law |
| | tmeng@elias.law |
| *Counsel for Plaintiffs-Appellants* | mmcqueen@elias.law |

Plaintiffs-Appellants hereby move to withdraw their pending Emergency Motion for Injunction Pending Appeal, which they filed on October 28.

Yesterday, the district court entered a temporary restraining order in a related case, *League of Women Voters of Arizona v. Lions of Liberty LLC*, No. 3:22-cv-08196 (D. Ariz.), ordering Defendants-Appellees not to engage in much of the conduct at issue in Plaintiffs-Appellees' pending Emergency Motion for Injunction Pending Appeal. As a result of the district court's order, there is no longer an emergency requiring immediate relief from this Court, and Plaintiffs-Appellees therefore move to withdraw their pending Emergency Motion.

Plaintiffs-Appellees have conferred with counsel for Defendants-Appellees, and Defendants-Appellees do not oppose the relief sought herein.

Respectfully submitted this 2nd day of November, 2022.

        */s* David R. Fox

Roy Herrera
Daniel A. Arellano
Austin T. Marshall
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Elisabeth C. Frost
David R. Fox
Joseph Posimato
Harleen K. Gambhir
Tina Meng
Marcos Mocine-McQueen
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
jposimato@elias.law
hgambhir@elias.law
tmeng@elias.law
mmcqueen@elias.law

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the attached document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 2, 2022.

    *s/* David R. Fox

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 114 words. This motion complies with the typeface and the type style requirements of Fed. R. App. P. 27 because this brief has been prepared in a proportionally spaced typeface using Word 14-point Times New Roman typeface.

Dated: November 2, 2022                         <u>s/ David R. Fox</u>