Judge Michael Liburdi
Sandra Day O'Connor US Courthouse
401 W Washington St.
Phoenix, AZ 85003

CV-22-1823-PHX-MTL

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Judge Liburdi:

Regarding your decision in AARP vs Clean Elections, USA: I find it inconceivable that it took you more than 30 seconds to come up with a decision. And one that I find incomprehensible as well.

I'm not an attorney, but let's simplify this. If you wouldn't mind masked and armed vigilantes staking out your home and watching you as you come and go, then fine. However, I suspect you would not put up with that behavior or invasion of privacy for more than a few minutes.

This is not about free speech whatsoever. These people and groups have no right to turn our democratic process of voting into something closer to combat.

I realize you were appointed by Trump and it seems to me that you will need to work very hard to erase that stain- this decision is not going to help.

*Linda Jenson*

Linda Jenson
Tucson, AZ