Michael J. Wynne (pro hac vice)
TX Bar No. 785289
Adam S. Weiss*
TX Bar No. 785207
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
aweiss@gwafirm.com

*Pro Hac Vice pending*

Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
Davillier Law Group, LLC
4105 N. 20th St. Ste. 110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com

Attorneys for Defendants Clean Elections USA and Melody Jenkins

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Arizona Alliance for Retired Americans; Voto Latino,

League of Women Voters of Arizona,

Plaintiffs,

v.

Clean Elections USA; Melody Jennings; Doe Defendants 1—10,

Defendants.

No. CV-22-01823-PHX-MTL
(Consolidated with
CV-22-08196-PCT-MTL)

**JOINT NOTICE REQUESTING APPOINTMENT OF MAGISTRATE JUDGE TO CONDUCT SETTLEMENT CONFERENCE**

On January 27, 2023 this Court ordered that the parties "shall, by 12:00p.m. Wednesday, February 1, 2023, file a joint notice advising the Court of whether they wish to request the assignment of a magistrate judge for the purpose of conducting a settlement conference." (Dkt. 78, Minute Order).

Plaintiff and Defendants in this consolidated case conferred on February 1, 2023, and, through their undersigned counsel, request that the Court assign a magistrate judge for the purpose of conducting a settlement conference.

**DATED** this 1st day of February, 2023.

By */s/ Michael J. Wynne*

Michael J. Wynne *(pro hac vice)*
Adam S. Weiss*
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010

**Pro Hac Vice pending*

Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
Davillier Law Group, LLC
4105 N. 20th St. Ste. 110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com

Attorneys for Defendants Clean Elections USA and Melody Jenkins

By ______________________

Orion Danjuma *(pro hac vice)*
PROTECT DEMOCRACY PROJECT
82 Nassau St. #601
New York, New York 10038

Benjamin L. Berwick *(pro hac vice)*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472

Timothy J. Eckstein
Brandon T. Delgado
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2100
Phoenix, Arizona 85012-2793

Rachel F. Homer *(pro hac vice)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006

Jared Davidson *(pro hac vice)*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically submitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By *<u>/s/ Michael J. Wynne</u>*