IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Clean Elections USA, et al., <br><br> Defendants. | No. CV-22-01823-PHX-MTL <br><br> **ORDER** |

Before the Court is Defendants' Motion to Amend Caption (Doc. 89). On December 8, 2022, the Maricopa County Superior Court of Arizona entered a permanent injunction prohibiting Defendants from using the mark "Clean Elections USA" in connection with election activities in Arizona. (Doc. 89 at 2.) In compliance with the Maricopa County Superior Court's order, Defendants now seek to have the Court exclude the name "Clean Elections USA" from the case's caption.

Accordingly, upon review of the record and good cause showing,

**IT IS ORDERED granting** the Motion to Amend Caption (Doc. 89).

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the caption of this case to exclude the name *Clean Elections USA*.

. . .

. . .

. . .

. . .

Dated this 13th day of March, 2023.

Michael T. Liburdi
United States District Judge