| | |
|---|---|
| Timothy J. Eckstein, 018321<br>Brandon T. Delgado, 035924<br>OSBORN MALEDON, P.A.<br>2929 North Central Ave., Suite 2000<br>Phoenix, Arizona 85012-2793<br>(602) 640-9000<br>teckstein@omlaw.com<br>bdelgado@omlaw.com<br><br>Orion Danjuma (*pro hac vice*)<br>NY Reg No. 4942249<br>PROTECT DEMOCRACY PROJECT<br>82 Nassau St. #601<br>New York, NY 10038<br>Tel: (202) 579-4582<br>orion.danjuma@protectdemocracy.org<br><br>Rachel F. Homer (*pro hac vice*)<br>DC Bar No. 1045077<br>PROTECT DEMOCRACY PROJECT<br>2020 Pennsylvania Avenue NW, #163<br>Washington, DC 20006<br>Tel: (202) 579-4582<br>rachel.homer@protectdemocracy.org | Benjamin L. Berwick (*pro hac vice*)<br>MA Bar No. 679207<br>PROTECT DEMOCRACY PROJECT<br>15 Main Street, Suite 312<br>Watertown, MA 02472<br>Tel: (202) 579-4582<br>ben.berwick@protectdemocracy.org<br><br>Jared Davidson (*pro hac vice*)<br>LA Bar No. 37093<br>PROTECT DEMOCRACY PROJECT<br>3014 Dauphine Street, Suite J<br>New Orleans, LA 70117<br>Tel: (202) 579-4582<br>jared.davidson@protectdemocracy.org<br><br>Jennifer S. Windom (*pro hac vice*)<br>DC Bar No. 502481<br>Brandon L. Arnold (*pro hac vice*)<br>DC Bar No. 1034238<br>Lauren Cassady Andrews (*pro hac vice*)<br>DC Bar No. 888314680<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>JWindom@KRAMERLEVIN.com<br>BArnold@KRAMERLEVIN.com<br>LAndrews@KRAMERLEVIN.com |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Melody Jennings, et al.,<br><br>　　　　　Defendants. | No. CV-22-01823-PHX-MTL<br><br>(Consolidated with<br>CV-22-08196-PCT-MTL)<br><br>**JOINT DISCOVERY PLAN** |
| League of Women Voters of Arizona,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC, et al.<br><br>　　　　　Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f)(2), the parties are required to file a proposed discovery plan within fourteen days of the parties' Rule 26(f) conference. The parties therefore respectfully submit this Proposed Joint Discovery Plan.

**1.  Rule 26(f) Conference:** Plaintiff League of Women Voters of Arizona and Defendants Melody Jennings and Clean Elections, USA held an initial Rule 26(f) conference by telephone on March 24, 2023. Orion Danjuma, Jared Davidson, Jennifer Windom, Brandon Arnold, and David Alexander attended for Plaintiff. Michael Wynne, Veronica Lucero, and Adam Weiss attended for Defendants. There are currently no other parties to this action, and all Defendants have been served.

**2.  Claims and Defenses:** Plaintiff asserts claims under Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b), and Section 2 of the Ku Klux Klan Act, 42 U.S.C. § 1985(3). Defendants dispute those claims and have moved to dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The Court has jurisdiction under 28 U.S.C. § 1331.

**3.  Initial Disclosures:** The parties shall exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) on or before April 7, 2023.

**4.  Scope and Sequence of Discovery:** Plaintiff intends to seek discovery into Defendants' efforts to organize, promote, or otherwise plan and execute efforts to monitor ballot drop boxes, including efforts to recruit participants and coordinate with other individuals or entities involved in such efforts; efforts to dox individuals using ballot drop boxes; and media appearances or communications concerning ballot drop box monitoring or alleging ballot drop box misuse, potential voter fraud, or ballot mules.

The parties do not currently believe that any changes are required to the discovery limitations imposed by the Federal Rules of Civil Procedure. Should the parties believe that changes are needed in the future, they will confer and work in good

faith to attempt to resolve such issues without the need for judicial intervention. The parties agree that fact discovery should be conducted before expert disclosures.

**Plaintiff's Proposal:** Plaintiff proposes the following schedule, with all deadlines set at midnight Arizona time:

| Event | Deadline |
| --- | --- |
| Completion of Fact Discovery | December 1, 2023 |
| Disclosure of Experts | December 22, 2023 |
| Disclosure of Rebuttal Experts | January 19, 2024 |
| Completion of Expert Discovery | February 9, 2024 |
| Close of All Discovery | February 9, 2024 |
| Pretrial Disclosures | 30 days prior to trial |

Plaintiff believes that a fact discovery deadline of December 1, 2023 is necessary to allow adequate time for discovery in this matter. Document discovery alone will take several months, especially since Plaintiff anticipates that discovery may reveal additional individuals or entities from whom Plaintiff will seek discovery. Plaintiff may also seek leave to amend its complaint to add new defendants, and will need time to take related discovery. Finally, an earlier fact discovery deadline is not feasible because counsel for Plaintiff has several other matters that require significant work over the summer.

**Defendants' Proposal:** Defendants propose the following schedule, with all deadlines set at midnight Arizona time:

| Event | Deadline |
| --- | --- |
| Completion of Fact Discovery | September 1, 2023 |
| Disclosure of Experts | September 22, 2023 |
| Disclosure of Rebuttal Experts | October 19, 2023 |
| Completion of Expert Discovery | November 9, 2023 |
| Close of All Discovery | November 9, 2023 |
| Pretrial Disclosures | 30 days prior to trial |

**5.    Protective Order:** The parties will work together to submit a stipulated protective order for the Court's consideration. Until a protective order is entered, all documents and information shall be produced and received on a confidential, attorneys' eyes only basis.

**6.    Production of Electronically Stored Information and Other Materials:** The parties will work together to draft a joint protocol concerning the treatment of electronically stored information and the format for the production of documents. The parties shall confer to attempt to resolve any issues that may arise regarding the production of documents and electronically stored information, including any issues relating to the format in which these materials shall be produced.

**7.    Preservation:** The parties discussed their obligations to preserve potentially responsive information. The parties affirm that they are taking reasonable steps necessary to preserve potentially discoverable material. This does not preclude either party from filing a motion related to the failure to preserve discoverable material.

**8.    Privilege Assertions:** Rule 26(b)(5) of the Federal Rules of Civil Procedure shall govern assertions of privilege and protection for trial-preparation materials, as well as "clawback" of inadvertently produced materials subject to a claim of privilege or of protection as trial-preparation material.

**9.    Settlement:** At the parties' request, the Court referred the parties to Magistrate Judge Camille Bibles for a mediation and settlement conference, which is scheduled for April 18, 2023. The parties are preparing for that upcoming mediation session and agreed to discuss the prospects for settlement in more detail during that mediation. With the exception of those settlement efforts, the parties do not believe that the case is appropriate for reference to a Magistrate Judge or special master.

DATED this 7th day of April, 2023.

3

|   |   |
|---|---|
| 1 | */s/ Brandon T. Delgado* |
| 2 | Timothy J. Eckstein |
|   | Brandon T. Delgado |
| 3 | OSBORN MALEDON, P.A. |
|   | 2929 North Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012-2793 |

Jennifer S. Windom (*pro hac vice*)
Brandon L. Arnold (*pro hac vice*)
Lauren Cassady Andrews (*pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006

Orion Danjuma (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
82 Nassau St. #601
New York, NY 10038

Rachel F. Homer (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006

Benjamin L. Berwick (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472

Jared Davidson (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117

*Counsel for Plaintiff*

By */s/ Michael J. Wynne (with permission)*
Michael J. Wynne *(pro hac vice)*
Adam S. Weiss
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
mwynne@gcfirm.com

4

Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
DAVILLIER LAW GROUP, LLC
4105 N. 20th St. Ste. 110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com

*Counsel for Defendants Clean Elections USA and Melody Jennings*