# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Melody Jennings,<br><br>  Defendants. | No. CV-22-01823-PHX-MTL<br><br>**MINUTE ORDER** |

**IT IS ORDERED** setting a settlement conference on May 19, 2023, at 9:00 AM at the Sandra Day O'Connor U.S. Courthouse in Courtroom 401. All parties must be present.

**IT IS FURTHER ORDERED** that Plaintiffs are directed to provide Defendants additional documents by midnight on Wednesday, May 17, 2023. Defendants are directed to provide additional documents to plaintiffs by 9:00 AM on Friday, May 19, 2023.

Dated this 15th day of May 2023.

_____
Camille D. Bibles
United States Magistrate Judge