# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Clean Elections USA, et al.,<br><br>Defendants. | No. CV-22-01823-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation Regarding Settlement and Dismissal (Doc. 106), and Federal Rule of Civil Procedure 41(a)(2),

**IT IS ORDERED** that this case is hereby dismissed without prejudice pursuant to the terms of the parties' Settlement Agreement (Doc. 105). The Clerk of Court is directed to close this case.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement reached by the parties.

**IT IS FINALLY ORDERED** vacating the Status Conference currently set for Monday, July 10, 2023, at 9:30 a.m.

Dated this 29th day of June, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge